```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0151--CV (JKS)
              "LEADER INSURANCE COS V NAI SAEPHAN ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
            Filed: 07/22/04
           Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 07/22/04 receipt # 00123631
          Trial by: Jury
```

Parties of Record:                                  Counsel of Record:

PLF 1.1          LEADER INSURANCE COS               Rebecca J. Hozubin
                                                    Wilkerson Hozubin & Burke
                                                    310 K Street
                                                    Suite 405
                                                    Anchorage, AK 99501
                                                    907-276-5297
                                                    FAX 907-276-5291

DEF 1.1          SAEPHAN, NAI                       Robert D. Stone
                                                    Law Office of Robert Stone
                                                    500 L Street, Suite 303
                                                    Anchorage, AK 99501
                                                    907-276-4190
                                                    FAX 907-276-4140

DEF 2.1          SAEPHAN, ANN, ESTATE OF            Robert D. Stone
                                                    (see above)

3PP 1.1      [T] SAEPHAN, NAI                       No counsel found for this party!

3PP 2.1      [T] SAEPHAN, ANN, ESTATE OF            No counsel found for this party!

3DF 1.1      [T] BROWN, MARIE                       No counsel found for this party!

3DF 2.1      [T] MOORE, JAMIE                       No counsel found for this party!

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0151--CV (JKS)
                        "LEADER INSURANCE COS V NAI SAEPHAN ET AL"

                                   For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/22/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 07/22/04 receipt # 00123631
          Trial by: Jury


Document #   Filed      Docket text

    1 -  1   07/22/04   Complaint filed; Summons issued.

    2 -  1   10/14/04   JKS Minute Order re pltf to file proofs of service. cc: cnsl

    3 -  1   11/10/04   JKS Minute Order (warning) pltf to file proof of svc or apply for dltf
                        re defs due 120 days from flg of cmpt or def's may be dsmssd. cc: cnsl

    4 -  1   11/16/04   PLF 1 Notice of service of def on 10/22/04.

    5 -  1   12/08/04   DEF 1-2 Attorney Appearance of Robert Stone.

    6 -  1   12/08/04   DEF 1-2 Unopposed motion to ext ddln to 1/3/05 to file an answer.

    7 -  1   12/13/04   JDR Order granting unopposed motion to ext ddln to 1/3/05 to file an
                        answer (6-1). cc: cnsl

    8 -  1   01/03/05   DEF 1-2 Unopposed motion to extend time until 1/17/05 to file an answer
                        to the complaint.

    9 -  1   01/05/05   JKS Order granting unopposed motion to extend time until 1/17/05 for def
                        to file an answer to pltf's declaratory judgment (8-1). cc: cnsl

   10 -  1   01/19/05   DEF 1-2 Answer and Counterclaim w/att exh.

   11 -  1   01/19/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/in 28 days from svc of this ord. cc: cnsl

   12 -  1   01/31/05   3PP 1-2 Complaint (Third-party).

 NOTE -  1   02/01/05   Issued: 3rd pty summons re: 3DF 1 & 2.

   13 -  1   02/04/05   DEF 1-2; 3PP 1-2 Jury Demand.

   14 -  1   02/09/05   PLF 1 FRCP 7.1 Notification.

   15 -  1   02/10/05   PLF 1 Return of Service Executed re: 3DF-2 on 2/04/05.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE A04-0151--CV (JKS)
                              "LEADER INSURANCE COS V NAI SAEPHAN ET AL"

                                          For all filing dates


 Document #    Filed       Docket text
 _____   _____  _____

    16 -   1   02/25/05    PLF 1; DEF 1-2 Stipulation for ext of time to 2/25 for pltf to answer
                           defs cclm.

    17 -   1   02/28/05    PLF 1; DEF 1-2 Stipulation for ext of time to 3/11 for pltf to answer
                           defs cclm.

    18 -   1   03/01/05    3DF 1-2 Jury Demand.

    19 -   1   03/01/05    3DF 1-2 Attorney Appearance of P. Stockler.

    16 -   2   03/03/05    RRB Order granting stipulation for ext of time to 2/25 for pltf to
                           answer defs cclm (16-1). cc: cnsl

    17 -   2   03/03/05    RRB Order granting stipulation for ext of time to 3/11 for pltf to
                           answer defs cclm (17-1). cc: cnsl

    20 -   1   03/03/05    doc #20 NOT USED

    21 -   1   03/07/05    JKS Minute Order re 3rd party complaint; 3PP to file proof of service re
                           3DF-1 & to require an answer or apply for default re 3DF-2 due w/in 20
                           days. cc: cnsl

    22 -   1   03/07/05    JKS Minute Order re Counterclaim; re DEF 1-2 to require an answer or
                           apply for default re PLF-1 due w/in 20 days. cc: cnsl

    23 -   1   03/07/05    JKS Minute Order re: (second notice) initial case stat rpt/case S&P;
                           Rule 16(b) rpt is due w/in 15 days from svc of this ord. cc: cnsl

    24 -   1   03/11/05    PLF 1 Answer to Counterclaim w/att exhs.

    25 -   1   03/21/05    3DF 1-2 Answer to Third-party Complaint.

    26 -   1   04/06/05    PLF 1; DEF 1-2; 3PP 1-2; 3DF 1-2 Scheduling & Planning Report.

    27 -   1   04/12/05    PLF 1 motion to bifurcate.

    28 -   1   04/15/05    3DF 1-2 joinder to PLF 1 motion to bifurcate (27-1).

    29 -   1   04/20/05    JKS Scheduling and Planning Order setting pretrial deadlines: Original
                           discovery 11/30/05; Dispositive motions deadline 12/30/05; Estimate of
                           trial 5 days. cc: cnsl

    30 -   1   04/22/05    3PP 1-2 Notice of filing letter re: acceptance of svc by 3DF-1.

    31 -   1   04/25/05    PLF 1; DEF 1-2; 3PP 1-2 Unopposed motion to ext the ddln for Nai Saephan
                           to file an oppo to pltf's motion to bifurcate until 5/4/05.

    32 -   1   04/27/05    JKS Order granting unopposed motion to ext the ddln to 5/4/05 for Nai
                           Saephan to file an oppo to plf's motion to bifurcate (31-1). cc: cnsl

    33 -   1   05/04/05    PLF 1; DEF 1-2; 3PP 1-2 Unopposed motion to ext of time to 5/9 for Nai
                           Saephan to file an oppo to mot to bifurcate.

    34 -   1   05/04/05    DEF 1-2; 3PP 1-2 Preliminary Witness List.

    33 -   2   05/09/05    JKS Order granting unopposed motion to ext of time to 5/9/05 for Nai
                           Saephan to file an oppo to motion to bifurcate (33-1). cc: cnsl

ACRS: R_VDSDX                   As of 12/01/05 at 3:17 PM by GARRY                           Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0151--CV (JKS)
                         "LEADER INSURANCE COS V NAI SAEPHAN ET AL"

                                     For all filing dates

 Document #    Filed      Docket text


   35 -   1   05/09/05   DEF 1-2; 3PP 1-2 opposition to PLF 1 motion to bifurcate (27-1) w/att
                         exhs.

   36 -   1   05/16/05   PLF 1 reply to opposition to PLF 1 motion to bifurcate (27-1).

   37 -   1   06/28/05   JKS Order denying motion to bifurcate (27-1). cc: cnsl

   38 -   1   08/02/05   PLF 1 motion & memo for partial summary judgment re failure to offer
                         w/att exhs.

   39 -   1   08/05/05   PLF 1 motion & memo to compel w/att exhs.

   40 -   1   08/08/05   DEF 1-2; 3PP 1-2 motion to dismiss for lack of jurisdiction.

   41 -   1   08/12/05   DEF 1-2 Unopposed motion for extension of time until 9/13/05 to response
                         to the motion to compel as well as any other motions which may be filed
                         prior to September 13, 2005.

   41 -   2   08/16/05   JKS Order granting unopposed motion for extension of time until 9/13/05
                         to response to mot to compel & mot for partial SJ as well as any other
                         mots which may be fld prior to 9/13/05 (41-1). cc: cnsl

   42 -   1   08/19/05   PLF 1 motion and memorandum to amend complaint w/att lodged complaint.

   43 -   1   08/22/05   PLF 1 Notice to court of misfiling w/att exh.

   44 -   1   08/22/05   PLF 1 opposition to DEF 1-2; 3PP 1-2 motion to dismiss for lack of
                         jurisdiction (40-1) w/att exhs.

   45 -   1   08/23/05   PLF 1 motion & memo for summary judgment w/att exhs.

   46 -   1   08/23/05   DEF 1-2; 3PP 1-2 Unopposed motion to ext ddln for Nai Saephan to file
                         reply to plf's oppo to Nai Saephan's motion to dismiss for lack of
                         jurisdiction until 8/26/05.

   46 -   2   08/24/05   JKS Order granting unopposed motion to ext ddln 8/26 for Nai Saephan to
                         file reply to plf's oppo to mot to dismiss (46-1). cc: cnsl

   47 -   1   08/25/05   PLF 1 Stipulation to extend expert deadline until 10/21/05.

   47 -   2   08/30/05   JKS Order granting stipulation to extend expert deadline until 10/21/05
                         (47-1). cc: cnsl

   48 -   1   08/30/05   DEF 1-2; 3PP 1-2 reply to opposition to DEF 1-2; 3PP 1-2 motion to
                         dismiss for lack of jurisdiction (40-1) w/att exhs.

   49 -   1   08/31/05   PLF 1; DEF 1-2; 3PP 1-2; 3DF 1-2 Unopposed motion to ext ddln for Nai
                         Saephan to file oppo to plfs mot to amended complaint.

   49 -   2   09/02/05   JKS Order granting unopposed motion to ext ddln to 9/13/05 for Nai
                         Saephan to file oppo to plfs mot to amend complaint (49-1). cc: cnsl

   50 -   1   09/07/05   PLF 1 motion & memo to strike or in the alternative grant leave to file
                         surreply to def's reply to oppo to mot to dismiss.

   51 -   1   09/08/05   DEF 1-2; 3PP 1-2 Errata to reply to oppo to DEF 1-2; 3PP 1-2 motion to
                         dismiss for lack of jurisdiction (40-1) w/att exhs.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0151--CV (JKS)
                          "LEADER INSURANCE COS V NAI SAEPHAN ET AL"

                                     For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 09/09/05 | DEF 1-2; 3PP 1-2 motion re briefing schedule. |
| 53 - 1 | 09/09/05 | DEF 1-2; 3PP 1-2 motion for expedited consideration re 52-1. |
| 54 - 1 | 09/12/05 | JKS Order denying motion to dismiss for lack of jurisdiction (40-1), motion re briefing schedule (52-1), motion for expedited consideration re 52-1 (53-1); granting motion strike (50-1). cc: cnsl |
| 55 - 1 | 09/12/05 | PLF 1 opposition to DEF 1-2; 3PP 1-2 motion re briefing schedule (52-1). |
| 56 - 1 | 09/12/05 | PLF 1 non-opposition to DEF 1-2; 3PP 1-2 motion for expedited consideration re 52-1 (53-1). |
| 57 - 1 | 09/13/05 | DEF 1-2; 3PP 1-2 opposition to PLF 1 motion & memo for partial summary judgment re failure to offer (38-1) w/att exhs. |
| 57 - 2 | 09/13/05 | DEF 1-2; 3PP 1-2 motion (cross) for partial summary judgment w/att exhs. |
| 58 - 1 | 09/13/05 | DEF 1-2; 3PP 1-2 rule 56(f) motion for continuance for discovery to oppose plf's motions for SJ. |
| 59 - 1 | 09/13/05 | DEF 1-2; 3PP 1-2 opposition to PLF 1 motion & memo for summary judgment (45-1). |
| 60 - 1 | 09/13/05 | DEF 1-2; 3PP 1-2 opposition to PLF 1 motion & memo to compel (39-1). |
| 61 - 1 | 09/14/05 | DEF 1-2; 3PP 1-2 opposition to PLF 1 motion & memo for summary judgment (45-1). |
| 62 - 1 | 09/14/05 | DEF 1-2; 3PP 1-2 notice of filing exh A thru exh F to oppo to PLF 1 motion & memo for summary judgment (45-1) w/att exhs. |
| 63 - 1 | 09/14/05 | PLF 1 motion for rulings re mot for part SJ; mot to compel; mot to amend; mot for SJ. |
| 64 - 1 | 09/15/05 | DEF 1-2; 3PP 1-2 Final Witness List. |
| 65 - 1 | 09/16/05 | PLF 1 reply to opposition to PLF 1 motion & memo to compel (39-1). |
| 66 - 1 | 09/16/05 | PLF 1 motion & memo to strike the Estates's oppo to mot for SJ dated 9/14/05 . |
| 67 - 1 | 09/16/05 | PLF 1 partial withdrawal of motion for rulings re mot for part SJ; mot to compel; mot for SJ (63-1); but continues to request ruling on mot to amend. |
| 68 - 1 | 09/16/05 | DEF 1-2; 3PP 1-2 motion for leave to file oppo to plf's mot for leave to amend compalint 3 days late. w/att oppo. |
| 69 - 1 | 09/16/05 | DEF 1-2; 3PP 1-2 opposition to PLF 1 motion & memo to strike the Estates's oppo to mot for SJ dated 9/14/05 (66-1). |
| 68 - 2 | 09/20/05 | JKS Order granting motion for leave to file oppo to plf's mot for leave to amend complaint 3 days late (68-1). cc: cnsl |
| 70 - 1 | 09/20/05 | JKS Order granting motion to amend complaint (42-1). cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0151--CV (JKS)
                           "LEADER INSURANCE COS V NAI SAEPHAN ET AL"

                                      For all filing dates


Document #    Filed      Docket text

   71  -  1   09/20/05   PLF 1 Complaint (Amended) w/att exhs.

   72  -  1   09/20/05   JKS Order granting motion to compel (39-1). cc: cnsl

   73  -  1   09/20/05   DEF 1-2; 3PP 1-2 opposition to PLF 1 motion and memorandum to amend
                         complaint (42-1).

   74  -  1   09/20/05   PLF 1 motion to accept late fld witness list w/att witness list.

   75  -  1   09/21/05   JKS Minute Order denying motion for rulings re mot for part SJ; mot to
                         compel; mot to amend; mot for S (63-1), motion & memo to strike the
                         Estates's oppo to mot for SJ dated 9/14/05 (66-1). cc: cnsl

   76  -  1   09/21/05   PLF 1 opposition to DEF 1-2; 3PP 1-2 rule 56(f) motion for continuance
                         for discovery to oppose plf's motions for SJ (58-1) w/att exhs.

   77  -  1   09/22/05   JKS Order granting motion to accept late fld witness list (74-1). cc:
                         cnsl

   78  -  1   09/22/05   PLF 1 Witness List.

   79  -  1   09/22/05   PLF 1 Notice that it will file reply to oppos to mot for part SJ re
                         failure to offer.

   80  -  1   09/23/05   PLF 1 reply to opposition to PLF 1 motion & memo for summary judgment
                         (45-1).

   81  -  1   09/23/05   DEF 1-2; 3PP 1-2 reply to opposition to DEF 1-2; 3PP 1-2 rule 56(f)
                         motion for continuance for discovery to oppose plf's motions for SJ
                         (58-1).

   82  -  1   09/23/05   3PP 1-2; 3DF 1 Acceptance of offer of judg.

   83  -  1   09/23/05   3PP 1-2; 3DF 2 Acceptance of offer of judg.

   84  -  1   09/27/05   Final Judgment that 3PP 1-2 shall recover from 3DF 2 $1.00 as jmt,
                         inclusive of allowable costs, atty fees & prejmt interest. cc: cnsl, O&J
                         11880

   85  -  1   09/27/05   Final Judgment that 3PP 1-2 shall recover from 3DF 1 $1.00 as jmt,
                         inclusive of allowable costs, atty fees & prejmt interest. cc: cnsl, O&J
                         11881

   86  -  1   09/27/05   PLF 1 Unopposed motion for ext of time to 10/13 to file reply/oppo to
                         cross motion for SJ re "failure to offer."

   87  -  1   09/28/05   JKS Order granting unopposed motion for ext of time to 10/13 to file
                         reply/oppo to cross-motion for SJ re "failure to offer" (86-1). cc: cnsl

   88  -  1   10/03/05   JKS Order granting motion for continuance for discovery to oppose plf's
                         motions for SJ (58-1) & setting the following dates: Discovery to close
                         05/01/06. Oppos to the mots for sj at dkt 38 & 45 are due 5/1/06.  cc:
                         cnsl

   89  -  1   10/20/05   PLF 1; DEF 1-2 Stipulation to dismiss w/prejudice all bad faith claims.


ACRS: R_VDSDX              As of 12/01/05 at 3:18 PM by GARRY                      Page 5
```

Case 3:04-cv-00151-TMB   Document 90   Filed 07/22/2004   Page 7 of 7

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0151--CV (JKS)
"LEADER INSURANCE COS V NAI SAEPHAN ET AL"

For all filing dates

```
Document #    Filed      Docket text

    89 -  2   10/25/05   JWS Order granting stipulation to dismiss w/prejudice all bad faith
                         claims (89-1). cc: cnsl

    90 -  1   10/31/05   PLF 1; DEF 1-2 motion (joint) to ext expert witness disclosures & expert
                         reports deadline to 3/17/06.

    90 -  2   11/03/05   JWS Order granting motion (joint) to ext expert witness disclosures &
                         expert reports deadlines (90-1). cc: cnsl
```