Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorney for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) |
| | ) |
| Defendant, Counter Claimant and Third Party Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| MARIE BROWN, and JAMIE MOORE, | ) |
| | ) Case No. A04-0151 CV (JKS) |
| Third Party Defendants. | ) |

### NOTICE OF COUNSEL OF RECORD CHANGE OF ADDRESS

TO:   CLERK OF COURT

Please take notice that Counsel of Record for Third Party Plaintiff Nai Saephan is changing its address. Counsel of record will remain the same.

Service should be changed to reflect the above. Proper service should now be made to:

Douglas G. Johnson, Esq.
Law Offices of Douglas G. Johnson, PC
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone (907) 277-0161
Fax (907) 277-0164

Third Party Plaintiffs in the above-captioned action request that copies of any and all correspondence, pleadings, or other documents filed in the above-captioned action be served upon said Third Party Plaintiff at the address set forth above.

DATED this 21st day of March 2006 at Anchorage, Alaska.

LAW OFFICES OF DOUGLAS G. JOHNSON, PC

s/Douglas G. Johnson
Douglas G. Johnson, ABA #9511061
Attorneys for Nai Saephan

CERTIFICATE OF SERVICE
This is to certify that a true and correct copy of the foregoing was mailed this ____ day of March, 2006 to the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

s/Douglas G. Johnson
LAW OFFICE OF DOUGLAS G. JOHNSON, PC