Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
500 L Street, Suite 303
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
821 N Street, Suite 208
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorneys for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) ) ) |
| Defendant. | ) Case No. A04-0151 CV (JKS) |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE SAEPHAN'S OPPOSITION TO LEADER'S MOTION FOR SUMMARY JUDGMENT**

After discussion with counsel for the Plaintiff, Defendant, the Estate of Nai

Saephan, requests that the Court extend the deadline to file an opposition to Plaintiff's

Unopposed Motion to Extend the Deadline to File
Saephan's Opposition to Leader's Motion for Summary Judgment         Page 1 of 3
*Leader Insurance Companies v. Estate of Saephan*
3AN-05-04456 CI

Motion for Summary Judgment until May 30, 2006. Counsel for Plaintiff has agreed not to oppose this motion. Charles Olivo, a material witness in this case with information relevant to Plaintiff's Motion for Summary Judgment, was recently located. Until recently, Charles Olivo could not be found by either Plaintiff, Defendant, or the police. We now know Mr. Olivo's whereabouts and he is represented by Jonathan Katcher, *Esq*. The parties are working together to schedule Mr. Olivo's deposition. Presently, the parties are discussing whether Mr. Olivo can participate at a deposition, in Las Vegas, on May 9, 2006. Since Mr. Olivo is a material witness, extending the deadline to oppose the Motion for Summary Judgment until May 30, 2006 is warranted. Accordingly, Defendant requests, and Plaintiff does not oppose, extending the deadline to file its Opposition to the Motion for Summary Judgment until May 30, 2006.

RESPECTFULLY SUBMITTED this 2nd day of May, 2006 at Anchorage, Alaska.

> LAW OFFICES OF DOUGLAS G. JOHNSON, PC
> Attorney for Defendant
>
> By:   s/Douglas G. Johnson
>        Douglas G. Johnson, *Esq*.
>        Alaska Bar No. 9511061

Unopposed Motion to Extend the Deadline to File
Saephan's Opposition to Leader's Motion for Summary Judgment                Page 2 of 3
*Leader Insurance Companies v. Estate of Saephan*
3AN-05-04456 CI

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed this 2nd day of May, 2006 to the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

s/Douglas G. Johnson
LAW OFFICES OF DOUGLAS G. JOHNSON, PC

Unopposed Motion to Extend the Deadline to File
Saephan's Opposition to Leader's Motion for Summary Judgment                    Page 3 of 3
*Leader Insurance Companies v. Estate of Saephan*
3AN-05-04456 CI