Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
500 L Street, Suite 303
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
821 N Street, Suite 208
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorneys for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) ) ) ) |
| Defendant. | ) Case No. A04-0151 CV (JKS) ) |

**ORDER**

It is hereby ORDERED that the Estate of Nai Saephan's opposition to Plaintiff's Motion for Summary Judgment is due on May 30, 2006.

                                                                  The Honorable James K. Singleton
                                                                  United States District Court Judge

RESPECTFULLY SUBMITTED this 2nd day of May, 2006 at Anchorage, Alaska.

                      LAW OFFICES OF DOUGLAS G. JOHNSON, PC
                      Attorney for Defendant

By:    s/Douglas G. Johnson
           Douglas G. Johnson, *Esq*.
           Alaska Bar No. 9511061

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed this 2nd day of May, 2006 to the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

s/Douglas G. Johnson
LAW OFFICES OF DOUGLAS G. JOHNSON, PC

Order                                           Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
3AN-05-04456 CI