Order Requiring Status Report for Cases Reassigned to the Honorable Timothy M. Burgess

This case has been reassigned to the calendar of Judge Timothy M. Burgess.  In order to aid the Court in obtaining an understanding of this matter, it is hereby ordered that within two weeks of the filing of this order, counsel are directed to confer and prepare a joint status report to be filed by plaintiff's counsel.  The status report shall not exceed five pages, and should address the following:

- A. Nature of the Case
    1. The lead attorneys on the case;
    2. Basis for federal jurisdiction;
    3. Nature of the claims asserted in the complaint and any counterclaims;
    4. Name of any party that has not been served and the nature of the non-service;
    5. Principal legal issues;
    6. Principal factual issues;
- B. Discovery
    1. Brief description of completed discovery and any remaining discovery;
    2. Brief description of any pending motions and anticipated motions;
    3. Brief description of any previously entered rulings on substantive issues;
    4. Any previously filed status reports;
- C. Trial
    1. If trial is anticipated, how long the trial will take, and whether a jury is requested.
- D. Settlement
    1. Status of any settlement discussions and whether the parties request a settlement conference.

If a status report, which contains the above information, has been filed since January 23, 2006, counsel for plaintiff shall file a Notice, within two weeks of the filing of this order.  Said Notice shall indicate the date the Status Report was filed.