Rebecca J. Hozubin
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan | ) ) ) ) |
| Defendant, Counter-Claimant, and Third-Party Plaintiff | ) ) ) |
| vs. | ) |
| | ) |
| MARIE BROWN AND JAMIE MOORE, | ) |
| | ) |
| Third-Party Defendants | ) |
| | ) Case No. A04-0151 CV (TMB) |

**PLAINTIFF'S STATUS REPORT**

COMES NOW Leader Insurance Companies, through counsel, Wilkerson Hozubin, and pursuant to the court's May 8, 2006, order hereby reports as follows:[1]

---

[1] Undersigned certifies she attempted to confer with defense counsel so that a joint report could be filed.  Despite multiple efforts to confer, plaintiff never heard from defendant, and therefore filed this report.

A.   Nature of the case

   1.   The lead attorneys on the case:

      Rebecca J. Hozubin for Leader Insurance Companies
      Robert Stone for Defendant

      (Third-party defendants were dismissed)

   2.   Basis for federal jurisdiction:

      Diversity jurisdiction, 28 U.S.C. §§ 2201 and 1332

   3.   Nature of the claims asserted in the complaint and any counterclaims:

      Leader seeks rulings of no coverage under the two insurance policies at issue for the shooting of Ann Saephan in Anchorage, Alaska.  The Estate of Ann Saephan seeks a ruling of coverage under the two insurance policies at issue.  All claims for bad faith were dismissed from the case.

   4.   Name of any party that has not been served and the nature of the non-service:

      All parties to this action were served.

   5.   Principle legal issues:

      Whether there is coverage under two separate policies of insurance for the shooting by an unknown person and the resulting death of Ann Saephan while occupying an insured vehicle.

   6.   Principle factual issues:

      Was the shooting a drive-by shooting, or were the shots fired from another vehicle?

      If it was a vehicle from which the shots were fired, was the vehicle used to stalk and trap the vehicle containing Ann Saephan?

B.   Discovery

   1.   Brief description of completed discovery and any remaining discovery:

   The parties served interrogatories, requests for production, and requests for admission.  Lai Sacheao was deposed.  She was a passenger in the vehicle in front of the vehicle that was shot.  William France was also deposed.  He was on Spenard Road near the scene of the shooting, heard shots, but did not witness the shooting.

   The parties have been unable to locate any other witnesses to the event, but for Charles Olivo.  However, his deposition has yet to be taken.

   The parties also do not have access to the police report or investigation as it is an open investigation and the police will not reveal any information.

   2.   Brief description of any pending motions and anticipated motions:

   There is a pending motion for summary judgment on the issue of coverage.  The opposition is due on or before May 30.

   If the case is not resolved by summary judgment, there may be motions in limine, and there may also be a motion to compel full responses to discovery requests.

   3.   Brief description of any previously entered rulings on substantive issues:

   None to date other than the parties agreed to dismissal of the bad faith claims.

   4.   Any previously filed status reports:

   None.

C.   Trial

   1.   If trial is anticipated, how long the trial will take, and whether a jury is requested:

   Defendant demanded a jury trial on February 4, 2005.  The parties originally estimated five days for trial.  However,

3

given the lack of witnesses the trial should take three days or less.

D.   Settlement

The parties discussed settlement informally, and do not request a settlement conference.

DATED this 22nd day of May, 2006.

                        WILKERSON HOZUBIN

               By: s/Rebecca J. Hozubin
                   310 K Street, Suite 405
                   Phone: 907 276-5297
                   Fax: 907 276-5291
                   E-mail: Rebecca@wilkersonlaw.net
                   Attorneys for Plaintiff Leader
                   AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the
22nd day of May, 2006, a true
and correct copy of the foregoing
was electronically served and mailed
to the following:

Robert D. Stone, Esq.
500 L Street, Suite 303
Anchorage, AK  99501

Douglas G. Johnson, Esq.
821 N Street, Suite 205
Anchorage, AK  99501

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Status report