Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
500 L Street, Suite 303
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
821 N Street, Suite 208
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorneys for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) Case No. A04-151 CV |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the Defendant, after consultation and agreement with counsel for Plaintiff, and moves this Court for an extension of time to allow for the deposition of a key witness prior to filing Defendant's Opposition to Plaintiff's Motion for Summary Judgment.