A key witness, Mr. Olivo, has recently been located in Nevada and a deposition was scheduled for May 9, 2006, however, the witness became unavailable and his deposition is currently being rescheduled. Since Mr. Olivo is a material witness, extending the deadline to oppose the Motion for Summary Judgment until June 23, 2006 is warranted. Accordingly, Defendant requests, and Plaintiff does not oppose, extending the deadline to file its Opposition to the Motion for Summary Judgment until June 23, 2006.

It is respectfully requested that this Unopposed Motion for Extension of Time be granted.

DATED this 30th day of May, 2006.

LAW OFFICES OF DOUGLAS G. JOHNSON, PC

s/Douglas G. Johnson
Douglas G. Johnson, ABA # 9511061
Attorney for Defendant

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was mailed this 30th day of May, 2006 to the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

s/Douglas G. Johnson
LAW OFFICES OF DOUGLAS G. JOHNSON, PC