Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
500 L Street, Suite 303
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
821 N Street, Suite 208
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorneys for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) |
| | ) Case No. A04-015 CV |

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME

IT IS HEREBY ORDERED that Defendant shall have until June 23, 2006 to file its Opposition to Plaintiff's Motion for Summary Judgment.

DATED:_____

_____
The Honorable James K. Singleton
United States District Court Judge