Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
500 L Street, Suite 303
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
821 N Street, Suite 208
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorneys for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) |
| Defendant. | ) Case No. A04-0151 CV (JKS) |

## NOTICE OF CHANGE OF ADDRESS

The LAW OFFICE OF ROBERT STONE, LLC hereby notifies the parties and the Court

of a change of its address to:

Notice of Change of Address                                                                 Page 1 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (JKS)

LAW OFFICE OF ROBERT STONE, LLC
1049 W. 5th Avenue, Suite 102
Anchorage, Alaska 99501

Please address all service copies to the new address effective June 6, 2006.

RESPECTFULLY SUBMITTED this _____ day of June, 2006, at Anchorage, Alaska.

                                            LAW OFFICE OF ROBERT STONE, LLC
                                            Attorney for Defendant

By: _____
     Robert D. Stone, *Esq*.
     Alaska Bar No. 9411128

**Certificate of Service**

This is to certify that a true and correct copy of the foregoing was mailed this __ day of June, 2006 to the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

_____
LAW OFFICE OF ROBERT D. STONE, LLC

Notice of Change of Address     Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (JKS)