Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
500 L Street, Suite 303
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
821 N Street, Suite 208
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorneys for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) |
| Defendant. | ) Case No. A04-0151 CV (JKS) |

## **NOTICE**

The LAW OFFICE OF ROBERT STONE, LLC hereby files page two of the Notice of

Change of Address with the corrected signature block.

Notice                                                                                                    Page 1 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (JKS)

RESPECTFULLY SUBMITTED this 14th day of June, 2006, at Anchorage, Alaska.

LAW OFFICE OF ROBERT STONE, LLC
Attorney for Defendant

By: s/ Robert D. Stone
1049 West 5th Ave., Ste. 102
Anchorage, Alaska, 99501
Phone: (907) 276-4190
Fax: (907) 276-4140
E-mail: stonelaw@alaska.com
Alaska Bar No. 9411128

**Certificate of Service**

I hereby certify that on the
14th day of June, 2006, a copy
of the foregoing Notice was
served electronically on the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

s/ Robert D. Stone
LAW OFFICE OF ROBERT D. STONE, LLC