LAW OFFICE OF ROBERT STONE, LLC
1049 W. 5th Avenue, Suite 102
Anchorage, Alaska 99501

Please address all service copies to the new address effective June 6, 2006.

RESPECTFULLY SUBMITTED this 14th day of June, 2006, at Anchorage, Alaska.

        LAW OFFICE OF ROBERT STONE, LLC
        Attorney for Defendant

By:   s/ Robert D. Stone
        1049 West 5th Ave., Ste. 102
        Anchorage, Alaska, 99501
        Phone: (907) 276-4190
        Fax: (907) 276-4140
        E-mail: stonelaw@alaska.com
        Alaska Bar No. 9411128

**Certificate of Service**

I hereby certify that on the
14th day of June, 2006, a copy
of the foregoing was
served electronically on the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

s/ Robert D. Stone
LAW OFFICE OF ROBERT D. STONE, LLC

Notice of Change of Address         Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (JKS)