Rebecca J. Hozubin
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE


| | |
|---|---|
| LEADER INSURANCE COMPANIES,  )<br>                    )<br>      Plaintiff,    )<br>                    )<br>   vs.              )<br>                    )<br>NAI SAEPHAN as Personal   )<br>Representative of the Estate )<br>of Ann Saephan         )<br>                    )<br>      Defendant,    )<br>      Counter Claimant, )<br>      And Third-Party  )<br>      Plaintiff,    )<br>  vs.            )<br>                    )<br>MARIE BROWN AND JAMIE MOORE,  )<br>                    )<br>      Third-Party   )<br>      Defendants.   )<br>_____) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. A04-0151 CV (TMB) |


**SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT FILED AUGUST 23, 2005**

      Leader Insurance Companies, through Counsel, Wilkerson

Hozubin, supplements its Motion for Summary Judgment dated

August 23, 2005, at Docket 45, with the attached transcript of

the deposition of Charles Olivo, one of the named insureds and the operator and owner of the vehicle in which Ann Saephan was a passenger when she was killed.  Mr. Olivo testified that he did not see who shot at the vehicle and he did not know if the shots were fired from another vehicle.  Deposition at 33.

Additionally, recently Judge Burbank in Fairbanks issued a ruling regarding snow being kicked up by another vehicle, finding that such alleged "contact" was not covered.  A copy of the order is attached hereto.

DATED this 18th day of July, 2006.

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
Attorneys for Plaintiff Leader
AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the
18th day of July, 2006, a true
and correct copy of the foregoing
was electronically served and mailed
to the following:

Robert D. Stone, Esq.
500 L Street, Suite 303
Anchorage, AK  99501

Douglas G. Johnson, Esq.
821 N Street, Suite 205
Anchorage, AK  99501

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Motion for Summary Judgment- Supplement

2