Rebecca J. Hozubin
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan | ) ) ) ) |
| Defendant, Counter Claimant, And Third-Party Plaintiff, | ) ) ) ) |
| vs. | ) |
| | ) |
| MARIE BROWN AND JAMIE MOORE, | ) |
| | ) |
| Third-Party Defendants. | ) ) |
| | ) Case No. A04-0151 CV (TMB) |

**REQUEST FOR RULING**

Leader Insurance Companies, through Counsel, Wilkerson Hozubin requests a ruling on two outstanding substantive motions.  First, Leader filed a Motion for Summary Judgment at

Docket 45, on August 23, 2005. Defendant filed an opposition, Docket 61, but requested Rule 56(f) relief to conduct further discovery. Leader filed its Reply on September 23, 2005 at Docket 80.

On August 1, 2005, Leader filed a Motion to Dismiss Failure to Offer Claims, Docket 38. Defendant again filed an opposition, this time with a cross-motion on the same issue, Docket 57, and again requested Rule 56(f) relief to conduct further discovery.

On October 3, 2005, at Docket 88, the court granted the motion for 56(f) relief and allowed defendant until May 1, 2006 to complete discovery and file oppositions to the Motion for Summary Judgment and the Motion to Dismiss. In the court's October 3, 2005 order, the court cautioned defendant that they would not receive further extensions on these motions.

Since that time, defendant sought and received two separate extensions making its due date June 23, 2006 for the oppositions.[1] Defendant failed to file any additional opposition by that deadline, and failed to make any further requests for extension from the court.

---

[1] Leader allowed both extensions due to a deposition that was taken in this matter on June 22, 2006 out of state. Leader will agree to no further extensions on these oppositions.

Leader requests a ruling on the Motion for Summary Judgment at Docket 45.

Additionally, the week of July 17, 2006, Leader will file its Reply to Defendant's Opposition to Motion to Dismiss, and Opposition to Defendant's Cross Motion for Summary Judgment filed by defendant on September 13, 2005 at Docket 57. Once filed Leader requests a ruling on the same as well.

DATED this 18th day of July, 2006.

    WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
Attorneys for Plaintiff Leader
AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the
18th day of July, 2006, a true
and correct copy of the foregoing
was electronically served and mailed
to the following:

Robert D. Stone, Esq.
500 L Street, Suite 303
Anchorage, AK  99501

Douglas G. Johnson, Esq.
821 N Street, Suite 205
Anchorage, AK  99501

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Request for Ruling