```
CLAIM# 46077788                 CLAIM FILE NOTES            04/12/04  13:41:20
11/14/03 N CROSKEY      AN INDEX RECORD HAS BEEN CREATED FROM INJURIES FOR
10:40 CT    (804)       ANN                     SAEPANH
11/14/03 N CROSKEY      AN INDEX RECORD HAS BEEN CREATED FROM INJURIES FOR
10:41 CT    (804)       STEVEN                  KEOVIENGTHAONG
11/14/03 N CROSKEY      THIS CLAIM HAS BEEN TRANSFERED TO
10:41 CT    (804)       CLAIM REP# 143 TED SNIDER
11/14/03 N CROSKEY      THIS CLAIM HAS BEEN TRANSFERED TO
10:41 CT    (804)       SUPERVISOR# 456 MARIE BROWN
11/14/03 N CROSKEY      CROSS REFERENCE NUMBER: 5141219
10:42 CT    (804)       DATE ENTERED IN LEADER:11-13-03
                        TIME ENTERED IN LEADER: 9:10 PM
                        1. REPORTED BY: INSURED / CHARLES OLIVO

                        DATE REPORTED:11/13/03
                        TIME REPORTED: 9:10 PM
                        METHOD:PHONE
                        REPORTED TO:MICHAELYN JAMES
                        VERIFIED HOME ADDRESS AND PHONE NUMBERS: UNK
                        ALTERNATIVE PHONE NUMBER: NONE
                        EMAIL ADDRESS:NONE
                        2. ONE ON ONE BROCHURE MAILED:
                        3. RSVP:
                        4. PPO:
                        5. RENTAL:NA
                        6. VEHICLE STATUS SUMMARY:UNK
11/14/03 N CROSKEY        A) VEHICLE STATUS: APD TOOK CAR FOR INVESTIGATION
10:43 CT    (804)         B) LOCATION OF VEHICLE: PD

                          C) STORAGE:UNK
                          D) PERMISSION TO MOVE:
                          E) ACTION TAKEN: NONE
                          F) TOTAL LOSS EVALUATION:0
                          G) MILEAGE: UNK
                        7. COVERAGE:  PD-1250
                        8. INJURIES:YES INSURED DRIVER (NONE), INSURED
                        PASSENGER GIRLFRIEND ANN SAEPANH (KILLED AT SCENE),
                        INSURED PASSENGER (STEVEN KEOVIENGTHOANG)BULLIT TO
                        HEAD, INSURED INFORMED THAT IT WAS A SUPERFICIAL WOUND.
                        A. PIP EMAILED:YES
                        B. NOTE TO CLERICAL TO INDEX INJURY:YES
                          9. PASSENGERS:IV-2
                        10. NICB:NA
11/14/03 N CROSKEY      11. RED FLAGS:
10:43 CT    (804)       12. AGENT CARD:YES

CLAIM# 46077788                 CLAIM FILE NOTES            04/12/04  13:41:20
                        13. CONTACT ALL PARTIES:YES
                        14. F.O.L >IV PARKED, GUN FIRE STARTED AND IV CAR WAS
                        CAUGHT IN THAT.
                        15. R/S SUMMARY:
                        16. CARSEATS:UNK
11/14/03 T SNIDER       TED SNIDER                    SENT
18:26 CT    (143)       ACKNOWLEDGEMENT OF COV    D9173  000     LETTER 518
11/14/03 T SNIDER       T/C INSD NO ANSWER AT HOME
18:30 CT    (143)       T/C INSD LMTC AT WORK NUMBER ON V/M
                        NO INFO ON EITHER GPS
                        WAS BY THE SCENE THE NEXT DAY. IT IS A PARKING LOT
```

EXHIBIT 6

**100062**

```
                              GLASS WAS EVERYWHERE. THEY HAVE NO SUSPECTS
11/14/03 T SNIDER         EVT: I/V IN PARKING LOT WITH N/I AND 2 IGPS
18:33 CT    (143)              GUNSHOTS KILLED ONE IGP AND INJUIRED ANOTHER
                               NO SUPSECTS
                          COV: 9/29/03 TO 3/29/04 DOL 11/08/03
                               I/V 1990 HONDA CIVIC ON POLICY
                               I/D CHARLES OLIVO ON POLICY
                               AK LOSS/AK POLICY
                               BI/PD 50/100/25, MP 5, UM 50/100/25
                          LIA: UNKNOWN CRIMMINAL WHO SHOT THE I/V AND IGPS
                          DAM: NO COVERAGE
                          INJ: IGP ANN SAEPANH (KILLED AT SCENE)
                               IGP STEVEN KEOVIENGTHOANG (BULLIT TO HEAD, IT IS
                               A SUPERFICIAL WOUND)
                               CC 079 FOR MP
                          SAL: NONE
                          SUB: NONE
11/14/03 T SNIDER         S/W INSD HE CAN MEET ME MONDAY AT THE OFFICE, AT NOON
18:46 CT    (143)         THE POLICE STILL HAVE HIS VEHICLE IN POLICE IMPOUND FOR
                           THE MURDER INVESTIGATION
11/17/03 G RICE           TERESA: PLEASE NOTE NEW MP CLAIM. NEED TO CHANGE
09:09 CT    (079)         IN LEADER.       CC286
                          NOTE COVERAGE ISSUES.....
11/17/03 T COLIN          P/C TO INSURED 907-339-9133, SPOKE WITH THE SAME
10:21 CT    (286)         HE STATED THAT HE WASNT INJURED BUT THAT HE WAS ASLEEPQ
                          AND TO CALL BACK LATER.
11/17/03 T COLIN          THERE IS NO INFO ON GP'S IN SYSTEM. WILL WAIT AND
10:24 CT    (286)         TRY BACK LATER AND SEE IF NI CAN GIVE ME INFO ON GP

   CLAIM# 46077788                CLAIM FILE NOTES          04/12/04  13:41:20
11/17/03 T COLIN           P/C TO CHARLES 907-339-9133 HE STATED THAT HE DIDNOT
13:33 CT    (286)         HAVE ANY INJURIES. HE DID SAYHE WAS HAVING SOME PRBLEMS
                          SLEEPING. ADVISED HIM OF COVERAGE AND NEED FOR MED AUTH
                          HE STATED THAT HE HAD NO INFO ON HIS GIRLFRIEND
                          HE STATED THAT HIS FRIEND'S NAME IS STEVEN AND HIS
                          # 907-232-2151. I TRIED TO CALL HIM BUT THERE WAS NO
                          ANSWER NO VM. EXPLAINED THAT IF HE NEEDED CONSELING
                          FOR THE DEATH OF HIS GIRLFRIEND, HE COULD SEEK IT.
                          HE HAS MEDICAID INSURANCE
11/17/03 T COLIN          NEW LOSS
14:23 CT    (286)         1.AK LOSS/AK POLICY
                          2.LEADER ISSUED
                          3.MP--5K--EXCESS//PRIMARYAS NI HAS MEDICAID//NO DEDCUT
                          4.DRIVER LISTED 1: CHARLES OLIVO
                            LISTED VEHICLE 1: 90 CIVIC
11/17/03 T COLIN          5.NO SUBRO AS GUNMAN UNKN
14:28 CT    (286)         6.NO CVQ--NO SIU
                          7.CHARLES OLIVO/SUFFERS FROM PTSD
                            STEVEN K/GUNSHOT WOUND TO THE HEAD GRAISED THE SIDE
                          OF HIS HEAD
                          ANN SAECHAN/DECEASED AT SCENE/GUNSHOT WOUND TO THE HEAD
                          8.
                          9.POSSIBLE UMBI FOR STEVEN AND ANN
                          10.POA                                REDACTED
                          CONTACT STEVEN AND ANN'S FAMILY
                          MONITOR CARE
```

```
11/18/03 M BROWN       ACC NTC/OPEN CLM HAS BEEN APPROVED FOR THESE FEATURES :
17:13 CT    (456)
                       CLAIMANT = 001 COVG. = MP    REP. = 143 SUPV. = 456
                       NAME = SAEPANH, ANN
                       CLAIMANT = 002 COVG. = MP    REP. = 143 SUPV. = 456
                       NAME = KEOVIENGTHAONG, STEVEN
                       AT FAULT INDICATOR = Q
11/18/03 M BROWN       TED, THIS IS A SERIOUS LOSS.
17:16 CT    (456)      1. DO A COMPLETE INVESTIGATION INCLUDING THE SCENE R/S
                       FROM ANY WITNESSES AT THE SPACE STATION, THE OTHER OCCU
                       PANTS OF THE VEHICLE AND F/U WITH THE POLICE IF THEY HA
                       VE ANY INFORMATION AT THIS TIME REGARDING THE SUSPECTS.
                       YOU NEED TO MEET WITH THE PARENTS OF THE DECEASED AND G
                       IVE THEM YOUR INFORMATION AND FIND OUT WHAT THEY KNOW,
                       EXPLAIN THE COVERAGES TO THEM
                       FURTHER, ADDRESS WHY WE DO NOT HAVE A UMBI EXPOSURE HER
                       E AND WHY WE DO HAVE A MP EXPOSURE SEND AN H/O REFERRAL
                       AND UPDATE FILE.

CLAIM# 46077788                CLAIM FILE NOTES      REDACTED  04/12/04  13:41:20

                       CC143 (NOTIFY MP )
11/18/03 T SNIDER      H/O REFERAL
17:24 CT    (143)      EVT: I/V IN PARKING LOT WITH N/I AND 2 IGPS
                            GUNSHOTS KILLED ONE IGP AND INJUIRED ANOTHER
                            NO SUPSECTS
                       COV: 9/29/03 TO 3/29/04 DOL 11/08/03
                            I/V 1990 HONDA CIVIC ON POLICY
                            I/D CHARLES OLIVO ON POLICY
                            AK LOSS/AK POLICY
                            BI/PD 50/100/25, MP 5, UM 50/100/25
                       LIA: UNKNOWN CRIMMINAL WHO SHOT THE I/V AND IGPS
                       DAM: NO COVERAGE
                       INJ: IGP ANN SAEPANH (KILLED AT SCENE)
                            IGP STEVEN KEOVIENGTHAONG (BULLIT TO HEAD, IT IS

                            A SUPERFICIAL WOUND)
                       SAL: NONE
                       SUB: UNKNOWN
11/18/03 T SNIDER      CONTINUED
17:29 CT    (143)      UM DOES NOT APPLY BECAUSE UNDER THE INSURING AGREEMENT
                       WE WILL PAY THE DAMAGES YOU SUFFER IN AN AUTO ACCIDENT
                       WHILE OCCUPYING AN AUTO, OR AS A PEDESTRIAN, AS A RESUL
                       T OF HAVING BEEN STRUCK BY AN UM/UIM MOTOR VEHICLE.
                       WE DON'T EVEN KNOW IF THE SHOOTER WAS EVEN IN A VEHICLE
                       WHEN HE SHOT THE I/V.
                       MP ALREADY HANDLING
                       T/C APD LMTC FOR DETECTIVE. LAST I HEARD THEY STILL HAV
                       E NO SUSPECTS
                       CC 397/456

11/18/03 D HADDEN      REVIEWED FILE REFERRAL FOR COVERAGE REVIEW & NOTICE OF
18:12 CT    (397)      GUNSHOT FATALITY LOSS. FILE REVIEW REVEALS THAT THE
                       INSD WAS OCCUPYING THE INSD VEHICLE WITH TWO GUEST
                       PASSENGERS WHEN GUNSHOTS WERE FIRED. THE GUNSHOTS >>>
11/18/03 D HADDEN      >> STRUCK & KILLED THE FEMALE GUEST PASSENGER & ALSO
18:19 CT    (397)      STRUCK THE MALE PASSENGER CAUSING SUPERFICIAL INJURIES.
                       THE HANDLING BRANCH HAS DETERMINED THAT THERE ARE NO
                       UM EXPOSURES DUE TO THE FACT THAT THE INJURIES DID NOT
```

          OCCUR AS A RESULT OF AN IMPACT WITH AN UNINSURED
          VEHICLE, AS NOTED & OUTLINED. THE BRANCH ALSO HAS
          DETERMINED THAT THE LOSS DOES NOT MEET THE QUALIFYING
          POLICY CRITERIA FOR COVERAGE.
          -MARIE, THANKS FOR THE REFERRAL. IT APPEARS THAT THERE
          IS NO COVERAGE FOR THE LOSS, BUT WOULD LIKE THE BRANCH
          TO CONTINUE ITS PRUDENT & PROPER INVESTIGATION INTO

```
CLAIM# 46077788              CLAIM FILE NOTES           04/12/04  13:41:20
                  THE FACTS OF LOSS, EVENTS, CIRCUMSTANCES, WITNESS
                  STATEMENTS, SUPPLEMENTAL POLICE FINDINGS & INFORMATION,
                  ETC. KEEP ME POSTED ON NEW/ADDL PERTINENT FINDINGS &
                  DEVELOPMENTS. THANKS.
                                                                    /456
11/18/03 M BROWN    NOTED, TED SEE DAVE'S NOTES. CC143
18:30 CT   (456)
11/20/03 T COX      NI CALLED TO CHECK STATUS OF CLAIM 907-339-9133
21:18 CT   (287)    CC143
11/21/03 T SNIDER   T/C N/I LMTC ON AM
11:01 CT   (143)

12/11/03 T SNIDER   001 MP         CHANGED EXAMINER CODE
15:53 CT   (143)    FROM: 143                      TO: 286
                    001 MP         CHANGED SUPERVISOR CODE
                    FROM: 456                      TO: 283
                    002 MP         CHANGED EXAMINER CODE
                    FROM: 143                      TO: 286
                    002 MP         CHANGED SUPERVISOR CODE
                    FROM: 456                      TO: 283
12/12/03 T SNIDER   SCNE PHOTOS IN FILE
12:59 CT   (143)
01/27/04 M BROWN    RECEIVED ANOTHER CLAIM CROSSING THIS ONE, UNDER THE PA
13:46 CT   (456)    RENTS POLICY FOR ANN SAEPHAN  - THE CLAIM IN LEADER IS
                    5146845 AND CELIA IS HAVING IT ENTERED INTO THIS SYSTEM

                    TED, THE ATTORNEY REPING ANN IS STATING PER  SHAW  UM W
                    OULD APPLY, I DO NOT CONCURR, BUT WE NEED TO ADDRESS TH
                    IS ISSUE SO I AM OPENING A UMBI FOR REVIEW.  PLEASE NOT
                    E THAT I SEE THAT NO DENIAL WAS SENT ON THIS CLAIM-
                    PLEASE PREPARE AN ROR TO SEND TO INSURED AND PASSENGER
                    ANN'S ATTORNEY ROBERT STONE.  SEE ME IMMEDIATELY CC143
                    (WITH FILE)
01/27/04 T SNIDER   OPENED UMBI FOR IGP ANN
14:32 CT   (143)    ROR ON YOUR DESK
                    CC 456
01/28/04 V CHANGET  ADD FEATURE HAS BEEN APPROVED FOR THESE FEATURES :
14:49 CT   (012)    CLAIMANT = 001 COVG. = UMBI REP. = 143 SUPV. = 456
                    NAME = SAEPANH, ANN

CLAIM# 46077788              CLAIM FILE NOTES           04/12/04  13:41:20
02/21/04 T SNIDER   MARIE PLEASE SIGN ROR THAT IS ON YOUR DESK.
14:31 CT   (143)    CC 456
02/26/04 T SNIDER   VICKI SIGNED ROR AND I MAILED
18:10 CT   (143)
03/04/04 A SPIVEY   001 MP         CHANGED (SPVCD) SUPERVISOR CODE
15:38 CT   (C03)    FROM: 283                      TO: 276
03/04/04 A SPIVEY   002 MP         CHANGED (SPVCD) SUPERVISOR CODE
15:38 CT   (C03)    FROM: 283                      TO: 276
03/09/04 T COLIN    CLOSING FEATURES ON CHARLES AND FRIEND,WILL LEAVE
```

**100064a**

| | | |
|---|---|---|
| 10:19 CT   (286) | | CLAIM OPEN FOR THE DECEASED AND F/UP WHEN IT IS LATER IN AK |
| 03/09/04 T COLIN<br>10:20 CT   (286) | 002 MP | REDACTED |
| 03/09/04 J DODSON<br>12:13 CT   (276) | | ADD FEATURE HAS BEEN APPROVED FOR THESE FEATURES :<br>CLAIMANT = 004  COVG. = MP   REP. = 286 SUPV. = 276<br>NAME = CHARLES OLIVO |
| 03/09/04 T COLIN<br>13:53 CT   (286) | 004 MP | REDACTED |
| 03/10/04 M JORGENSEN<br>20:16 CT   (456) | | JAMIE, PLEASE HANDLE THIS REASSIGNMENT.  THIS IS A UMBI CLAIM.  IT APPEARS THAT THE UMBI WAS SET UP BECAUSE THE PASSENGER IN THE INSURED'S VEHICLE WAS SHOT AND KILLED DURING THE SHOOTING.  IT ALSO APPEARS LIKELY THAT SHE IS REPRESENTED, HOWEVER I DONT' SEE A |
| | | LETTER OF REP IN THE FILE.  THERE IS AN ADDRESS OF THE ATTORNEY IN THE FILE.  YOU WILL WANT TO CHECK ON A POLICE REPORT ON THIS.  ALSO, YOU WILL WANT TO FOLLOW UP WITH THE ATTORNEY AND SEE IF HE RECEIVED A COPY OF THE ROR AND MAKE SURE HE IS AWARE OF WHAT UMBI COVERS AND WHAT IT DOESN'T PROVIDE COVERAGE FOR.  MIKE CC 786 |
| 03/10/04 M JORGENSEN<br>20:16 CT   (456) | 001 UMBI | CHANGED SUPERVISOR AND EXAMINER CODE<br>FROM: 456143                                TO: 456786 |
| 03/27/04 J MOORE<br>15:40 CT   (786) | | WILL FOLLOW UP WITH ATTNY ON MONDAY DURING BUSINESS HOURS.  IV MAY LIKELY BE AT APD IMPOUND WILL REQUEST POLICE REPORT WITH POLICY PHOTOS.  APD WILL LIKELY NOT ALLOW PHOTOS OF PERSONS IN THE VEHICLE BUT MAY BE ABLE TO OBTAIN FROM ATTNY AS WELL. |

```
CLAIM# 46077788                    CLAIM FILE NOTES           04/12/04  13:41:20
```

| | |
|---|---|
| 03/29/04 J MOORE<br>16:42 CT   (786) | SPOKE WITH IVGP'S ATTNY ROB STONE. PHONE 907-276-4190 FAX 276-4140. HE IS FAXING LETTER OR REP FOR ANN SEAPHAN. NAMED INSURED IS NOT ATTNY REPT. NO STATEMENTS ON FILE. WILL ARRANGE APPOINTMENT WITH INSURED FOR STATEMENT ON FOL. APEARS INSURED AND PASSENGERS PARKED AT SPACE STATION ON A WEEKEND EVENING. NAMED INSURED DRIVING, DECEASED IN FRONT PASSENGER SEAT, SECOND PASSENGER IN REAR PASSENGER SEAT. A VEHICLE PULLED UP BEHIND PARKED IV AND SHOTS WERE FIRED INTO IV. ONE BULLET GRAZED REAR PASSENGER AND MAY BE THE ONE THAT KILLED FRONT SEAT PASSENGER AS WELL. ANN WAS SHOT IN THE HEAD AS WELL AS OTHER AREAS, BUT THE HEAD SHOT WAS THE FATAL ONE. IV IS IN APD IMPOUND WHICH IS CLOSED TODAY AS A HOLIDAY, WILL FOLLOW UP WITH THEM TOMORROW TO SEE IF WE CAN TAKE PHOTOS AS WE DO INSURED THIS AUTO. ATTNY HAS BEEN |
| 03/29/04 J MOORE<br>16:45 CT   (786) | UNSUCCESSFUL THERE. WILL CONTACT INSURED FOR A RECORDED STATEMENT ON FACTS OF LOSS AND DETAILS SURROUNDING THE INCIDENT. ATTNY IS STATING THERE IS THE POSSIBILITY THAT INSURED WAS NEGLIGENT AND PARTIALLY AT FAULT AS HE WAS AWARE OF THE DANGER TO HIMSELF AND TO HIS PASSENGERS. ALL THREE PARTIES IN THE IV ARE/WERE STUDENTS AT BARTLETT HIGH SCHOOL WHICH IS NOTORIOUS FOR GANG AND DRUG RELATED ACTIVITY. ATTNY PRESENTS THE POSSIBILITY THAT THERE WAS A GREIVANCE WITH INSURED THAT WAS GANG RELATED AND THAT IS WHY THEY WERE ATTACKED. HOWEVER, AT THE SAME TIME THIS |

|  |  |
|---|---|
|  | SHOOTING OCCURRED, THERE WERE THREE OR FOUR OTHER RANDOM SHOOTINGS INCLUDING ANOTHER FATALITY THAT ARE STILL AS YET UNRESOLVED. POLICE HAVE NO SUSPECTS AND UNKNOWN WHAT THE MOTIVE IS. |
| 03/29/04 J MOORE<br>16:52 CT   (786) | CALLED APD. CASE #03-59973 OFFICER TIM LANDEIS IS INVESTIGATING AND STILL PENDING. WILL ASK PERMISSION TO LOOK AT THE VEHICLE SO THAT WE HAVE PHOTOS FOR THE FILE. IV WILL MOST LIKELY BE PRESERVED. |
| 03/30/04 J MOORE<br>16:05 CT   (786) | SPOKE WITH OFFICER LANDEIS WHO IS INVESTIGATING THIS LOSS. WE WILL NOT BE ABLE TO LOOK AT THE IV AND CANNOT OBTAIN POLICE REPORT UNTIL CASE SETTLED. APPEARS THERE ARE SUSPECTS IN THIS INCIDENT. OFFICER LANDEIS WAS ABLE TO CONFIRM THAT ALL PARTIES IN THE IV WERE SITTING IN THE VEHICLE WHEN SHOTS WERE FIRED AND INJURIES/FATALITY OCCURRED<br>RECEIVED RECEIPTS RELATED TO FUNERAL EXPENSES FOR ANN SAEPHAN. FORWARDING TO MP FOR REVIEW. |

```
CLAIM# 46077788                    CLAIM FILE NOTES              04/12/04  13:41:20
```

| | |
|---|---|
| 03/31/04 T COLIN<br>11:57 CT   (286) | NOTED WILL AWAIT BILLINGS. |
| 04/05/04 J MOORE<br>15:59 CT   (786) | HOME OFFICE REFERRAL<br>COVERAGE: AK POLICY, AK LOSS. EFFECTIVE 9/29/03 TO 3/29/04. COVERAGES BI/PD 50/100/25, UMBI/UMPD 50/100/25, MP 5K<br>DOL: 11/8/03<br>VOP: 1990 HONDA CIVIC<br>DOP: CHARLES OLIVO<br>CVQ: NONE<br>FOL: INSURED PARKED IN IV WITH TWO PASSENGERS, SHOTS WERE FIRED INTO THE VEHICLE WOUNDING BACK SEAT PASSENGER AND KILLING FRONT SEAT PASSENGER. INSURED LEFT SCENE OF ACCIDENT AND STOPPED WHEN CLEAR OF BULLETS AND CALLED 911. |
| 04/05/04 J MOORE<br>16:07 CT   (786) | LIABILITY: UNKNOWN PARTIES AT FAULT, UNCLEAR ON LIABILITY OF INSURED- WAS HE AWARE OF THREATS? DID HE PUT PASSENGERS IN HARMS WAY?<br>DAMAGES: IV HONDA CIVIC, TOTAL LOSS BUT UNABLE TO LOOK AT THE VEHICLE DUE TO HOMICIDE INVESTIGATION.<br>INJURIES: BACK SEAT PASSENGER, STEVEN KEOVIENGTHAONG, BULLET GRAZED HIS HEAD.<br>FRONT SEAT PASSENGER ANN SAEPHAN, FATALITY<br>INSURED DRIVER, TRAUMA BUT NO PHYSICAL INJURY<br>ATTNY FOR IVGP ANN SAEPHAN IS SEEKING A UMBI CLAIM UNDER INSUREDS POLICY AND A BI CLAIM DUE TO INSURED'S ALLEGED LIABILITY IN PUTTING ANN IN A DANGEROUS SITUATION. ATTNY ARGUES THAT INSURED WAS AWARE OF THE DANGER TO HIMSELF AND TO HIS PASSENGERS AND NEGLECTED |
| 04/05/04 J MOORE<br>16:19 CT   (786) | TO WATCH OUT FOR THEIR SAFETY. ATTNY IS ALSO SEEKING A UIMBI CLAIM AGAINST THIS POLICY AS AT THIS TIME, THE SHOOTERS ARE UNKNOWN AND IT MAY BE YEARS BEFORE THEY ARE IDENTIFIED. I DID DISCUSS THE INVESTIGATION WITH THE OFFICER IN CHARGE, TIM LANDEIS WITH ANCHORAGE PD AND THERE ARE SUSPECTS IN THIS SHOOTING BUT THE IDENTITIES CANNOT BE RELEASED AS IT WOULD POTENTIALLY COMPROMISE THE TRIAL.  THERE ARE MORE THAN ONE |

**100066**

SUSPECTS BUT UNKNOWN WHO THEY ARE AND UNKNOWN IF INSURED OR THE CARRIERS NAME.
ATTNY ROB STONE STATES COVERAGE SHOULD EXIST AND CITES SHAW VS STATE FARM WHERE SHAW WAS SEATED IN HER VEHICLE WHEN SHOT BY A STALKER. THE UIM LANGUAGE IN STATE FARMS POLICY STATED  WE WILL PAY FOR BODILY INJURY ...CAUSED BY AN ACCIDENT ARISING OUT OF THE OPERATION, MAINTENANCE, OR USE OF AN UNINSURED... OR

CLAIM# 46077788                CLAIM FILE NOTES              04/12/04  13:41:21

04/05/04 J MOORE
16:25 CT    (786)

UNDERINSURED MOTOR VEHICLE.  THE SUPREME COURT DECIDED THIS WAS AN ACCIDENT AS DEFINED BY THE POLICY  AN UNFORSEEN OR UNEXPECTED EVENT.  THERE WAS A DISPUTE HOWEVER ON WHETHER THE ACCIDENT AROSE OUT OF THE OPERATION, MAINTENANCE, OR USE OF AN UNINSURED OR UNDERINSURED AUTO AS THE FACTS OF HOW THE LOSS OCCURRED IS DIFFERENT BETWEEN BOTH PARTIES.
ACCORDING TO THE POLICY LANGUAGE FOR THIS POLICY: WE WILL PAY THE DAMAGES YOU SUFFER IN AN AUTO ACCIDENT WHILE OCCUPYING AN AUTO; OR AS A PEDESTRIAN, AS A RESULT OF HAVING BEEN STRUCK BY AN UNINSURED/UNDERINSURED MOTOR VEHICLE.  THE OWNER'S OR OPERATOR'S LIABILITY FOR THESE DAMAGES MUST ARISE OUT OF THE OWNERSHIP, MAINTANENCE, OR USE OF THE UNINSURED/UNDERINSURED MOTOR VEHICLE.

04/05/04 J MOORE
16:38 CT    (786)

REDACTED

04/05/04 M JORGENSEN
17:09 CT    (456)

NOT RETURNING PHONE CALLS AT THIS TIME.
CC456/397
DAVE, VICKI,
PLEASE SEE JAMIE'S EXTENSIVE NOTES ABOVE.  ALSO, CHECK X-REF 46078395.
WE INSURE THE DRIVER OF THE VEHICLE.  PER JAMIE'S NOTE, THE CLMT WAS A PASSENGER IN OUR VEHICLE AND WAS SITTING IN OUR VEHICLE AT THE TIME OF THE FATAL SHOOTING.  CLMT WAS ALSO INSURED BY LEADER AT THE TIME OF THE LOSS.  CLAIM UNDER HER PARENT'S POLICY IS X-REF 46078395.
CLMT IS REPRESENTED BY AN ATTORNEY.  ATTORNEY IS TRYING TO APPLY AK SUPREME COURT DECISION SHAW VS. STATE FARM TO THIS CASE.  CLMT ATTORNEY HAS STATED THAT HE IS PREPARING A DEC ACTION ON THIS LOSS TO LOCK IN COVERAGE.  CLMT ATTORNEY IS TRYING TO SEEK COV

CLAIM# 46077788                CLAIM FILE NOTES              04/12/04  13:41:21

```
04/05/04  M JORGENSEN     UNDER THE BI PORTION OF OUR POLICY AND ALSO UNDER
17:13 CT     (456)        UMBI.  HE IS ASSERTING THAT OUR INSURED KNEW OF THE
                          DANGERS AND PLACED THE CLMT IN A DANGEROUS SITUATION
                          AND IS THEREFORE PARTIALLY LIABLE FOR THIS LOSS.
                          ALSO, THERE IS A POTENTIAL FOR UIM AND UM ON THIS
                          LOSS.
                          WE HAVE TRIED TO CONTACT THE INSD, BUT THE INSD HAS
                          NOT RETURNED OUR PHONE CALLS.  POLICE HAVE AN ACTIVE
                          CRIMINAL INVESTIGATION PENDING AND WILL NOT RELEASE
                          ANY INFORMATION AT THIS TIME.
                          INSD LIVES IN A VERY ROUGH AREA OF TOWN.  I DO NOT
                          FEEL COMFORTABLE ASKING ONE OF THE REPS TO GO AND
                          ATTEMPT A COLD CALL TO THE INSD'S RESIDENCE FOR A
                          R/S ESPECIALL SINCE THIS DEALS WITH A FATAL SHOOTING.

04/05/04  M JORGENSEN     WE WOULD LIKE TO EITHER ASSIGN AN I/A OR A P/I TO
17:21 CT     (456)        ATTEMPT A COLD CALL ON BEHALF OF THE COMPANY TO SECURE
                          A R/S FROM THE INSD AS TO THE FACTS OF LOSS.
                          ALSO, WE NEED SOME GUIDANCE ON THE AMOUNT OF THE
                          RESERVES THAT WE SHOULD PUT UP AT THIS TIME.  COVERAGE
                          IS STILL QUESTIONABLE ON THIS LOSS AS IS THE
                          LIABILITY.  HOWEVER, WE ARE DEALING WITH THE FATAL
                          SHOOTING OF A TEENAGE GIRL.
                          MIKE CC 397/012

04/05/04  V CHANGET
18:09 CT     (012)

04/06/04  S WHITE                          REDACTED
10:54 CT     (309)



                                           REDACTED

CLAIM# 46077788


04/06/04  D HADDEN
11:06 CT     (397)
```

|  |  |
|---|---|
| | CONTACT & SECURING OF A DETAILED & THOROUGH RECORDED STATEMENT, AS THERE ARE POSSIBLY OTHER FACTS & EVENTS THAT OCCURRED THAT HAVE NOT BEEN MADE PUBLIC. |
| 04/06/04 S WHITE<br>11:14 CT  (309)<br>04/06/04 J MOORE<br>11:55 CT  (786) | 012/320/309/456<br>VICKI/MIKE/JAMIE/WARD/METTA - PLEASE START WITH MY ENTRY ON PAGE 30 AND NOTE DAVID HADDEN'S ON PAGE 31 - WILL WRITE UP LITIGATION REFERRAL AND FORWARD TO MANAGER. VERIFIED THAT INSURED ADDRESS IS 4660 REKA DRIVE, APARTMENT D1, ANCHORAGE, AK 99508<br>THERE ARE NO CURRENT CRIMINAL OR CIVIL ACTIONS AGAINST THE INSURED OTHER THAN A DRIVING WITH LICENSE SUSPENDED A MONTH PRIOR TO THIS LOSS. NO WARRANTS OUT FOR HIS ARREST. SENDING OUT A CONTACT CARD AND LEFT A MESSAGE ON HIS VOICEMAIL AGAIN URGING INSURED TO CONTACT US FOR R/S ON THIS LOSS. |
| 04/06/04 J MOORE<br>11:59 CT  (786) | LITIGATION REFERRAL<br>COVERAGE: AK POLICY, AK LOSS. EFFECTIVE 9/29/03 TO 3/29/04. COVERAGES BI/PD 50/100/25, UMBI/UMPD 50/100/25, MP 5K<br>DOL: 11/8/03<br>VOP: 1990 HONDA CIVIC<br>DOP: CHARLES OLIVO<br>CVQ: NONE<br>FOL: INSURED PARKED IN IV WITH TWO PASSENGERS, SHOTS WERE FIRED INTO THE VEHICLE WOUNDING BACK SEAT PASSENGER AND KILLING FRONT SEAT PASSENGER. INSURED LEFT SCENE OF ACCIDENT AND STOPPED WHEN CLEAR OF BULLETS AND CALLED 911.<br>LIABILITY: UNKNOWN PARTIES AT FAULT, UNCLEAR ON LIABILITY OF INSURED- CLMT ATTNY PRESENTS POSSIBILITY OF INSURED NEGLIGENCE |
| CLAIM# 46077788<br>04/06/04 J MOORE<br>12:02 CT  (786) | CLAIM FILE NOTES           04/12/04  13:41:21<br>DAMAGES: IV HONDA CIVIC, TOTAL LOSS BUT UNABLE TO LOOK AT THE VEHICLE DUE TO HOMICIDE INVESTIGATION.<br>INJURIES: BACK SEAT PASSENGER, STEVEN KEOVIENGTHAONG, BULLET GRAZED HIS HEAD.<br>FRONT SEAT PASSENGER ANN SAEPHAN, FATALITY<br>INSURED DRIVER, TRAUMA BUT NO PHYSICAL INJURY<br>REASON FOR LIT REFERRAL: CLMT ANN SEAPHAN'S ATTNY ROBERT STONE, IS SEEKING A DEC ACTION TO DETERMINE WETHER THERE IS COVERAGE UNDER UIM COVERAGE FOR THIS POLICY AS WELL AS FOR CROSS CLAIM 46078395. ATTNY IS ALSO SEEKING A BI CLAIM ON THIS POLICY FOR INSURED ALLEGED NEGLIGENCE IN PLACING HIS CLIENT IN HARMS WAY. |
| 04/06/04 J MOORE<br>12:03 CT  (786) | REDACTED |
| 04/06/04 M JORGENSEN<br>12:59 CT  (456) | |

```
CLAIM# 46078395                      CLAIM FILE NOTES              04/12/04   13:42:45
01/28/04  J SNODGRASS     THIS CLAIM HAS BEEN TRANSFERED TO
10:29 CT      (532)       CLAIM REP# 456 MARIE BROWN
01/28/04  J SNODGRASS     THIS CLAIM HAS BEEN TRANSFERED TO
10:29 CT      (532)       SUPERVISOR# 012 VICKI CHANGET
01/28/04  J SNODGRASS     LEADER 5146845
10:31 CT      (532)       DATE / TIME REPT:  012704 / 0941
                          REPT BY: ROBERT STONE, INSD ATTNY, 907 276 4190
                          METHOD: LETTER
                          REPT TO;  MARIE BROWN
                          FOL:  DAUGHTER OF INSD, ANN SAEPHAN, WAS A FRONT SEAT
                          PASSENGER IN AN UNKNOWN VEHICLE AT THE SPACE STATION
                          WHEN SHOTS WERE FIRED KILLING THE INSURED DRIVER.
                          COV:  MP/UMBI

01/28/04  J SNODGRASS     I RECEIVED A LETTER YESTERDAY FROM ROBERT STONE, THE
10:31 CT      (532)       ATTORNEY REPRESENTING THE ESTATE OF ANN SAEPHAN, SHE
                          IS THE 16 YEAR OLD DAUGHTER OF OUR NAMED INSURED.
                          ANN WAS A FRONT SEAT PASSENGER IN A VEHICLE DRIVEN BY
                          AN UNKNOWN 18 YEAR OLD BOY (POLICE HAVE NOT RELEASED
                          NAME AS MURDER INVESTIGATION IS PENDING) THE VEHICLE,
                          A UNKNOWN YEAR RED HONDA CIVIC IS NOT LISTED ON THE
                          POLICY AND IS ASSUMABLY OWNED BY THE DRIVER.  ANN WAS
                          IN THE VEHICLE WHICH WAS IN THE PARKING LOT OF THE
                          SPACE STATION AT 27TH AND SPENARD, THE DRIVER WAS IN
                          THE DRIVER SEAT, AND A 14 YEAR OLD, STEVEN KEOVIENGTH
                          WAS IN THE BACK SEAT.  IT WAS APPROXIMATELY 9:00 P.M.
                          ON SATURDAY THE 8TH, SHOTS WERE FIRED, REPORTEDLY 4 –
                          SOME BELIEVE IT WAS FROM A PASSING VEHICLE, BUT IT IS

                          UNKNOWN WHERE THE SHOTS CAME FROM,  ONE SHOT GRAZED
                          THE BACK SEAT PASSENGER AND THE OTHER KILLED THE NAMED
01/28/04  J SNODGRASS     INSURED'S DAUGHTER, ANN SAEPHAN.
10:33 CT      (532)
                          I JUST SPOKE WITH THE ATTORNEY AND TOLD HIM I WOULD
                          SET UP THE LOSS AND RESPOND TO HIM.  FURTHER I
                          EXPLAINED TO HIM THE POLICY LANGUAGE THAT STATES WHILE
                          BEING STRUCK BY AN UNINSURED MOTOR VEHICLE.  IN THIS
                          INSTANCE, THIS DID NOT HAPPEN, AND THE CASE LAW HE
                          PROVIDED IN  SHAW  IS BASED ON STATE FARMS POLICY AND
                          THEIR INSURING AGREEMENT WHICH IS DIFFERENT THAN
                          OURS.
                          I ALSO JUST SPOKE WITH TED, THE ORIGINAL CLAIM WAS
                          REPORTED TO US UNDER THE DRIVER'S POLICY, HE IS ALSO
                          INSURED WITH US, AND WE DENIED COVERAGE.  I AM GOING
                          TO PULL THIS CLAIM ALSO AND ADDRESS.

CLAIM# 46078395                      CLAIM FILE NOTES              04/12/04   13:42:45
01/28/04  J SNODGRASS     NOTIFYING ONE ON ONE TO ENTER THIS CLAIM INTO THE UTS
10:33 CT      (532)       SYSTEM FOR NOTE HANDLING,  I WILL COPY THESE NOTES TO
                          THE SAME FILE.
01/28/04  J SNODGRASS     WITNESS LIST:
10:34 CT      (532)       UNKNOWN DRIVER, STEVEN KEOVIENGTH (14) AND WILLIAM
                          FRANCE (MENTIONED IN NEWSPAPER)
01/28/04  V CHANGET       THIS CLAIM HAS BEEN TRANSFERED TO
14:30 CT      (012)       CLAIM REP# 143 TED SNIDER
01/28/04  V CHANGET       THIS CLAIM HAS BEEN TRANSFERED TO
14:30 CT      (012)       SUPERVISOR# 456 MARIE BROWN
```

**100079**

```
01/28/04 V CHANGET      TED - I'M ASSIGNING THIS TO YOU BE OF THE POTENTIAL
14:31 CT    (012)       FOR THIS TO BE A COMPLICATED CASE.
01/28/04 V CHANGET      OUR INSD'S DAUGHTER WAS KILLED IN THIS INCIDENT
14:31 CT    (012)       THERE WAS APPARENTLY ANOTHER CLAIM REPORTED ON THIS
                        PREVIOUSLY - LET'S DISCUSS.
                        HO SHOULD BE INVOLVED IN THIS AS A REFERRAL AS WELL.
                        THANKS CC 143
01/28/04 T SNIDER       VICKI THE DRIVER OF THE VEHICLE IS ALSO INSURED WITH US
14:38 CT    (143)       AND I AM HANDLING THAT CLAIM. MARIE WAS GOING TO HANDLE
                        THIS CLAIM. THIS WAY WE HAVE TO SEPERATE INVASTIGATIONS
                        CC 012
01/28/04 V CHANGET      I THOUGHT THAT WAS CLOSED. OKAY. THANKS
14:44 CT    (012)
01/28/04 V CHANGET      THIS CLAIM HAS BEEN TRANSFERED TO
14:45 CT    (012)       CLAIM REP# 456 MARIE BROWN
01/28/04 V CHANGET      THIS CLAIM HAS BEEN TRANSFERED TO
14:45 CT    (012)       SUPERVISOR# 012 VICKI CHANGET
01/30/04 V CHANGET      MARIE - PLEASE ABSTRACT CC 456
20:18 CT    (012)
02/05/04 M BROWN        ACC NTC/OPEN CLM HAS BEEN APPROVED FOR THESE FEATURES :
14:26 CT    (456)       CLAIMANT = 001 COVG. = MP   REP. = 456 SUPV. = 012
                        NAME = SAEPHAN, ANN
                        CLAIMANT = 001 COVG. = UMBI REP. = 456 SUPV. = 012
                        NAME = SAEPHAN, ANN
                        AT FAULT INDICATOR = B

   CLAIM# 46078395                 CLAIM FILE NOTES          04/12/04  13:42:45
02/05/04 M BROWN        SUBRO WAS OPENED FOR THESE FEATURES WHEN ABSTRACTED :
14:26 CT    (456)       CLAIMANT = 001 COVG. = MP   REP. = 456 SUPV. = 012
                        NAME = SAEPHAN, ANN
                        CLAIMANT = 001 COVG. = UMBI REP. = 456 SUPV. = 012
                        NAME = SAEPHAN, ANN
02/05/04 M BROWN        SEE LEADER NOTES, CLAIM ABSTRACTED, SENDING ROR ON THIS
14:28 CT    (456)       CLAIM, NO VEHCILE CONTACT.
                        MED, NEW UNIT, ROR NEEDS TO GO OUT AS THERE WAS NO CONT
                        ACT BETWEEN VEHCILES AND THIS IS A SHOOTING, ALSO HAS A
                        CROSS CLAIM, 46077788 CC079
02/06/04 J DODSON       LEE: NEW AK MP FILE FOR ASSIGNMENT. THANK YOU. CCNY1
09:00 CT    (276)

02/06/04 L SCOTT        001 MP       CHANGED SUPERVISOR AND EXAMINER CODE
10:29 CT    (NY1)       FROM: 012456                      TO: NY1BE3
                        001 MP       CHANGED RECOVERY SUPERVISOR / RECOVERY SPE
                        FROM: 012456                      TO: NY1BE3
02/06/04 L SCOTT        RECEIVED AK MEDPAY LOSS - **FATALITY** - INSURED
10:37 CT    (NY1)       DAUGHTER WAS SHOT BY SOMEONE IN OV... NEED TO CONTACT
                        ATTY REP... JUDY, LET'S GO OVER THE AK POLICY TOGETHER
                        ON THIS ONE.
02/11/04 J HORNING      REVIEWED NOTES- ALASKA - MED PAY $5000.
13:15 CT    (BE3)       DAUGHTER OF NI WAS SHOT AND KILLED WHILE SITTING IN A
                        PARKED NON-OWNED VEHICLE.
                        ROR SENT TO NI C/O ATTY ROBERT STONE
                        VEHICLE WAS NOT STRUCK BY ANOTHER AUTO, DAUGHTER WAS

                        NOT IN HER MOTHER'S VEHICLE. DAUGHTER WAS  SHOT
                        KILLED BY GUN FIRE.
02/20/04 J HORNING      ROR SENT TO ATTY -  WAITING FOR GREEN CARD TO BE
```

```
06:48 CT      (BE3)         RETURNED TO SEND DENIAL.
02/26/04 V CHANGET          TAMMY - HERE IS ANOTHER ONE COMING YOUR WAY. I'LL HAVE
09:16 CT      (012)         THE FILE PULLED AND SENT TO YOU FOR ASSIGNMENT.
                            CC MP1
02/27/04 D PROCESSING       DOC ID: 58461564
13:39 CT      (969)         WAS RECEIVED AND WAS ROUTED OUT TO THE REPS
02/29/04 T WEEDEN           REVIEWED NOTES FROM MANAGER,
20:31 CT      (MP1)

   CLAIM# 46078395                CLAIM FILE NOTES           04/12/04  13:42:45
03/01/04 V CHANGET            TAMMY, NOTE SOME IMAGED MAIL IS IN ON THIS FILE.
11:27 CT      (012)         PLEASE MAKE SURE TO LOOK AT IT.  CC MP1
03/02/04 T WEEDEN           REVIEWED NOTES FROM 012. WILL PULL FILE TO REASSIGN
21:02 CT      (MP1)
03/03/04 V CHANGET          TAMMY - YOU SHOULD HAVE THIS, PLEASE MAKE SURE IT'S
14:05 CT      (012)         ASSIGNED ASAP. CC MP1
03/05/04 T WEEDEN           REVIEWED NOTES IN FILE.
08:50 CT      (MP1)         CHECKED THE ALASKA BOX
                            THIS PARTICULAR FILE IS NOT IN THE BOX.
                            I WILL CHECK WITH CHRIS TO SEE IF SHE HAS SEEN FILE
03/05/04 T WEEDEN           CC012
08:50 CT      (MP1)

03/06/04 M JORGENSEN        001 UMBI     CHANGED SUPERVISOR AND EXAMINER CODE
18:22 CT      (456)         FROM: 012456               TO: 012MP1
                            001 UMBI     CHANGED RECOVERY SUPERVISOR / RECOVERY SPE
                            FROM: 012456               TO: 012MP1
03/08/04 V CHANGET          MIKE - CHECK FOR THIS ONE IN YOUR OFFICE AND MAKE SURE
10:03 CT      (012)         IT'S BEEN SENT CC 456
03/08/04 M JORGENSEN        I CHECKED THE OFFICE AND IT DOES NOT APPEAR THAT THE
15:45 CT      (456)         FILE IS HERE.  .. MIKE CC 012 / MP1
03/08/04 V CHANGET          TAMMY - WATCH FOR THIS ONE THEN CC MP1
16:05 CT      (012)

03/08/04 T WEEDEN           REVIEWED NOTES IN FILE
21:00 CT      (MP1)         I CHECKED WITH CHRIS AND FILE HAS NOT BEEN LOCATED IN
                            OUR OFFICE. CHRIS ALSO CHECKED WITH JAMIE AND FILE NOT
                            IN ALASKA. WILL HAVE JANE DO A SEARCH FOR FILE
                            CC012
03/08/04 T WEEDEN           KERRY PLEASE CHECK YOUR DESK TO SEE IF FILE IS LOCATED
21:01 CT      (MP1)         ON YOUR DESK THANKS
                            CC66
03/09/04 V CHANGET          LET ME KNOW THAT YOU'VE FOUND THIS. THANKS CC C66/MP1
08:45 CT      (012)
03/09/04 K FRANKEL          I HAVEN'T FOUND IT.
11:00 CT      (C66)         CC: 012

   CLAIM# 46078395                CLAIM FILE NOTES           04/12/04  13:42:45
03/09/04 T WEEDEN             FOUND FILE.
13:48 CT      (MP1)         CC012
03/09/04 T WEEDEN           REVIEWED TRANSFER FILE
13:59 CT      (MP1)         TRANSFERRED FILE TO KERRY FRANKEL FOR CONTINUED
                            HANDLING
                            PLEASE PREPARE FILE TRANSFER SUMMARY
                            WILL NEED TO HOME OFFICE REFERRAL.
                            INSURE THAT ROR WAS SENT. HAVE WE RECEIVED
                            ACKNOWLEDGEMENT CARD SIGNED BY THE INSURED THROUGH
                            RETURN MAIL?
                            DO WE HAVE COPY OF POLICE REPORT?
```

```
                           WE HAVE LETTER OF REPRESENTATION FROM ATTORNEY. PLEASE
                           ACKNOWLEDGE LETTER OF REP.

03/09/04 T WEEDEN         001 UMBI      CHANGED SUPERVISOR AND EXAMINER CODE
14:04 CT   (MP1)          FROM: 012MP1                    TO: MP1C66
                          001 UMBI      CHANGED RECOVERY SUPERVISOR / RECOVERY SPE
                          FROM: 012MP1                    TO: MP1C66
03/11/04 K FRANKEL        RCVD X-FER FILE..AK POLICY..AK LOSS. PERIOD 10-29-03
12:20 CT   (C66)          TO 10-29-04 DOL GOOD AT 11-8-03. VHL NOT LISTED
                          BELONGED TO CHARLES OLIVO. INSDS DAUGHTER ANN SAEPHAN
                          SHE WAS 16 YR OLD RESIDENT OF NI SO QUALIFIES AS AN
                          INSURED UNDER THE POLICY. SHE IS NOT OLD ENOUGH TO
                          DRIVE SO NOT LISTED ON POLICY. SHE WAS NOT DRIVING SO
                          THERE IS NO COV ISSUES IN THIS REGARD.  FOL: INSD
                          SITTING IN FRT SEAT WHEN PASSERBY FIRED SHOTS HIT INSD
                          KILLING HER. ANRY FOR ESTATE WANTS PAYMENT UNDER MP
                          AND UM. WE HAVE MADE NO DECISIONS REGARDING WHETHER OR

03/11/04 K FRANKEL        NOT UM COV WILL BE TRIGGERED IN THIS INSTANCE.
12:22 CT   (C66)          CALLED PLAINTIFFS COUNSEL TO ACKNOWLEDGE THE CLAIM AND
                          LET HIM KNOW WE ARE WORKING ON THE COV ISSUE. SPK TO
03/11/04 K FRANKEL        RECEPT HE IS OUT TOWN TILL NEXT WEEK.
12:23 CT   (C66)          KERRY FRANKEL                        SENT
03/11/04 K FRANKEL        NOTICE OF FILE TRANSFER           D9133 001 UMBI
13:56 CT   (C66)
03/11/04 K FRANKEL                          REDACTED
13:57 CT   (C66)
                          GET WITH PLAINTIFFS COUNSEL FIND WHAT IS HOST VHL
                            CARRIER DOING WITH THE CLAIM AND WOULDNT THEY BE
                            PRIMARY?

 CLAIM# 46078395          CLAIM FILE NOTES              04/12/04 13:42:45
03/12/04 K FRANKEL                          REDACTED
17:00 CT   (C66)

03/17/04 J HORNING        001 MP    CLOSED WITH A RESERVE OF         1.00
08:03 CT   (BE3)
03/17/04 J HORNING        001 MP    CLOSE ANTI SUBRO WITH A RESERVE OF       .00
08:03 CT   (BE3)
03/17/04 J HORNING        DENIAL LETTER SENT TO ATTY FOR MED PAY PORTION.
08:03 CT   (BE3)
                          CLOSED MED PAY FEATURE

03/30/04 D PROCESSING     DOC ID: 59113489
11:58 CT   (969)
04/01/04 K FRANKEL
16:08 CT   (C66)
                                            REDACTED
```

```
04/01/04  K FRANKEL                    REDACTED
16:09 CT    (C66)

04/01/04  K FRANKEL         KERRY FRANKEL                SENT
16:10 CT    (C66)           NOTICE OF FILE TRANSFER     D9133 000 UM
04/05/04  K FRANKEL         ATNRY RET CALL TO VM. RET HIS CALL HE IS GONE FOR DAY.
18:39 CT    (C66)           NEED TO FIND WHAT MEDICAL IF ANY INCLUDING FUNERAL
                            COSTS ASSOCIATED WITH ANN'S CLAIM. WE HAVE 5K IN MP
                            WHICH WILL APPLY. WILL ADDRESS THIS WITH ATNRY UPON
                            CONTACT.

   CLAIM# 46078395               CLAIM FILE NOTES           04/12/04  13:42:45
04/06/04  K FRANKEL         CALLED ATNRY STONE AND ASKED IF THE SHOOTER WAS EVER
17:49 CT    (C66)           FOUND. HE SAID NO. ASKED IF THERE IS COV ON THE HOST
                            VHL HE SAYS YES AND IT IS LEADER BEING HANDLED UNDER
```

REDACTED

```
04/07/04  S WHITE           NOTE LOSS DESCRIPTION ON ACORD WHICH IS WRONG - THE IV
08:53 CT    (309)           DRIVER WAS *NOT* KILLED...THIS CLAIM INVOLES A *DOUBLE
                            INSURED*...ANN SAEPHAN WAS A GUEST PASSENGER IN
                            CHARLES OLIVO'S VEHICLE AND HE IS ALSO LEADER INSURED -
                            AS INDICATED BY KERRY,

                                   - IN THAT CLAIM, PLNT. ATTY. IS ASSERTING BI
                            AND UMBI COVERAGE IS APPLICABLE & CITED SHAW VS STATE
                            FARM - HOWEVER, THE LEADER POLICY DOES NOT CONTAIN THE
                            SAME LANGUAGE AS THE STATE FARM POLICY AND THUS WE
                            NEED DEC ACTION - FOL: OLIVO'S VEHICLE WAS STOPPED
                            WHEN ANOTHER VEHICLE PULLED UP BEHIND THEM AND STARTED
                            SHOOTING...CHARLES OLIVO WAS NOT INJURED, THE BACK
                            SEAT PASSENGER'S HEAD WAS GRAZED BY A BULLET AND ANN

                            SAEPHAN WAS MORTALLY WOUNDED BY BULLET(S) AND WAS
                            PRONOUNCED DEAD AT OR NEAR THE SCENE OF OCCURRENCE -
04/07/04  S WHITE           THE LEADER POLICY CLEARLY DEFINES THE INSURING
09:09 CT    (309)           AGREEMENT FOR MEDICAL PAYMENTS COVERAGE AND UIM/UMBI
                            COVERAGE AS HAVING TO INVOLVE AN AUTO ACCIDENT AND
                            GOES ON TO INCLUDE THE WORDING  STRUCK BY A MOTOR
                            VEHICLE  WHICH IS THE DISTINCTION -
                            1.) ANN SAECHAO BY POLICY DEFINITION IS  YOU
                            2.) THE DEFINITON OF AUTO ACCIDENT READS AS FOLLOWS:
                             AUTO ACCIDENT IS AN UNEXPECTED AND UNINTENDED EVENT
                            THAT CAUSES BODILY INJURY OR PROPERTY DAMAGE AND
                            ARISES OUT OF THE OWNERSHIP, MAINTENANCE OR USE OF AN
```

|  |  |
|---|---|
| | AUTO OR OTHER MOTOR VEHICLE ...INASMUCH AS THE DEFINITION OF AUTO ACCIDENT AND THE LANGUAGE  USE OF AN AUTO  IN THIS OCCURRENCE IS CONCERNED, SAME IS *ARGUABLE* - |
| CLAIM# 46078395<br>04/07/04 S WHITE<br>09:47 CT    (309) | CLAIM FILE NOTES          04/12/04  13:42:45<br>3.) PART II - MEDICAL EXPENSE COVERAGE, INSURING AGREEMENT READS:  MEDICAL EXPENSE COVERAGE APPLIES TO YOU WHILE OCCUPYING, OR AS A PEDESTRIAN WHEN STRUCK BY A MOTOR VEHICLE. WE WILL PAY EXPENSES INCURRED WITHIN ONE YEAR FROM THE DATE OF THE AUTO ACCIDENT.<br>4.) PART IV - UNINSURED/UNDERINSURED MOTORISTS COVERAGE, INSURING AGREEMENT (2ND PARAGRAPH) READS: WE WILL PAY THE DAMAGES YOU SUFFER IN AN AUTO ACCIDENT WHILE OCCUPYING AN AUTO, OR AS A PEDESTRIAN, AS A RESULT OF HAVING BEEN STRUCK BY AN UNINSURED/UNDERINSURED MOTOR VEHICLE. THE OWNER'S OR OPERATOR'S LIABILITY FOR THESE DAMAGES MUST ARISE OUT OF THE OWNERSHIP, MAINTENANCE OR USE OF THE UNINSURED/UNDERINSURED MOTOR VEHICLE. |
| 04/07/04 S WHITE<br>10:00 CT    (309) | OBVIOUSLY, THE DEBATE WITH REGARDS *OWNERSHIP, MAINTENANCE OR USE OF AN AUTO* OR *DAMAGES MUST ARISE OUT OF THE OWNERSHIP, MAINTENANCE OR USE OF THE UNINSURED/UNDERINSURED MOTOR VEHICLE* AS  ARGUABLE AS THE DECEDENT WAS SHOT AND THIS OCCURRENCE IS NOT RELATIVE TO THE USE OF AN AUTO NOR WAS SHE *STRUCK* BY AN AUTO - THIS IS ABSOLUTELY A TRAGEDY AND MY HEART ACHES FOR THE DECEDENT'S PARENTS - HOWEVER, AND ALBEIT I'VE TRIED, I CAN'T FIND COVERAGE FOR THIS OCCURRENCE UNDER THE LEADER POLICY - |
| 04/07/04 S WHITE<br>10:06 CT    (309) | |

REDACTED

| CLAIM# 46078395<br>04/07/04 T WEEDEN<br>13:17 CT    (MP1)<br><br>04/07/04 D HADDEN | CLAIM FILE NOTES          04/12/04  13:42:45<br>REVIEWED ABOVE NOTES<br>THANK YOU SUSAN/KERRY<br>WILL WAIT AND SEE IF LITIGATION WILL HANDLE FROM THIS POINT WITH DEC ACTION.<br>NOTED ABOVE DIRECTION & ENTRY FROM SUSAN WHICH |