

1225 East International Airport Road • Suite 210 • Anchorage, AK 99654
Telephone (907) 563-1304 •Fax: (907) 563-1370

January 27, 2004

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED and REGULAR MAIL**

Charles Olivo
4660 Reka Dr #D1
Anchorage, AK 99508

In Re:    Our Claim No.:   46077788
          Policy Holder:   Charles Olivo
          Date of Loss:    November 8, 2003

Dear Mr. Olivio:

This letter will acknowledge receipt of a claim presented under your policy. It is our understanding that the loss occurred in Anchorage, Alaska.

You are hereby advised that LEADER INSURANCE COMPANY, will be handling this claim under a full reservation of its rights. In investigating such a claim, LEADER INSURANCE COMPANY expressly reserves its right to have its duties and obligations appropriately determined at a later date and further expressly reserves its right to withdraw from the defense, investigation, settlement, or other handling of the claim if circumstances warrant.

It is also understood that this reservation of rights now exercised on behalf of LEADER INSURANCE COMPANY does not waive any of your rights under the policy.

On page 7 of your policy it states:

> **PART IV – UNINSURED/UNDERINSURED**
> **MOTOR COVERAGE**
>
> **INSURING AGREEMENT**
>
> **We** will pay the **damages** for **bodily injury** and **property damage** which **you** are legally entitled to receive from the owner or operator of an uninsured/underinsured **motor vehicle**, providing the Declarations indicates that both Bodily Injury and Property Damage Uninsured/Underinsured Motorists Coverage applies.
>
> **We** will pay the **damages you** suffer in **an auto accident** while **occupying** an **auto**, or as a pedestrian, as a result of having been struck by an uninsured/underinsured **motor vehicle**. The owner's or operator's liability for these **damages** must arise out of the ownership, maintenance or use of the uninsured/underinsured **motor vehicle**.

EXHIBIT 7         100198

**We** will pay under this coverage **damages** caused by an **auto accident** with an underinsured **motor vehicle** only after the limits of liability under any applicable **bodily injury** liability bonds or policies have been exhausted by payments of judgments or settlements.

Any judgments for **damages** arising out of a suit brought without **our** written consent is not binding on **us**.

From our investigation there was no contact with an uninsured/underinsured motor vehicle. We do not even know if the shooter was even in a vehicle.

FAILURE TO COMPLY WITH ANY OR ALL OF THE CONDITIONS ABOVE MAY RESULT IN OUR REFUSAL TO EXTEND YOU ANY PROTECTION UNDER THIS POLICY FOR THE **AUTO ACCIDENT** OR **LOSS**.

Neither this investigation, nor any other act of this company shall be construed as a waiver of any of the rights of LEADER INSURANCE COMPANY and will not operate in any way to invalidate or waive any of the conditions of said insurance policy. This notice is intended to preserve all the rights of the parties hereto under said insurance policy and provide for an investigation and possible defense of said automobile accident.

If you have any question regarding this matter, please contact Ted N. Snider at 907-563-1327.

Sincerely,

*Vicki A. Changet*
Vicki A. Changet
Division Manager
Infinity Insurance Company
on behalf of Leader Insurance Comp

FOR YOU

A PERSON WHO KNOWINGLY AND WITH
INSURANCE COMPANY FILES A CLA
MISLEADING INFORMATION MAY BE PR
121.36.380)

cc: Robert Stone
    500 L Street, suite 303
    Anchorage, AK 99501
    Your client: Ann Saepanh

100199