
**INFINITY**
SM

5205 N. O'Connor Blvd.
Suite 700
Irving, Texas 75039-3707
972-501-8514
1-800-527-5412

May 4, 2004

Attorney Robert D. Stone
500 L Street
Suite 303
Anchorage, Alaska 99501

| | | |
|---|---|---|
| RE: | Our Claim Number | : 46077788/ 46078395 |
| | Our Insured | : Charles Olivo |
| | | Cheng Saechao |
| | Policy Number | : Leader 154-12266-8435-01 Olivo |
| | | Leader 154-57274-1879-001 Saechao |
| | Date of Loss | : 11-8-03 |
| | Claimant | : Estate of Ann Saephan |

Dear Attorney Stone:

Please be advised that this file has been transferred to me for further handling. You can reach me at 1-800-527-5412 ext. 18514 if necessary. If you call after 5:00 PM Texas time, you will need to dial my direct line 972-501-8514 to reach me.

I reviewed your correspondence dated 3-29-04 and 3-30-04. Per your request, enclosed are copies of the Olivo and Saechao policies.

Please be advised that Leader is not in a position at this time to respond to your demand for payment under the BI, Med Pay and UM/UIM portion of the Olivo policy or payment under the Med Pay and UM/UIM portion of the Saechao policy. Questions have arisen regarding whether or not this incident would qualify for coverage under an auto policy since the cause of death was the result of a gunshot wound and not injuries sustained in an auto accident. This case has been referred to Attorney Rebecca Hozubin of the Law Firm of Wilkerson and Associates for review. She will be in contact with you in the near future.

Sincerely,

Metta Weburg
Sr. Litigation Specialist
**Email- Metta.Weburg@ipacc.com**
cc:   File

EXHIBIT 8

Saephan
0103

**300089**



5205 N. O'Connor Blvd.
Suite 700
Irving, Texas 75039-3707
972-501-8514
1-800-527-5412

Attorney Rebecca Hozubin
Fax 972-501-8783
1-800-527-5412 ext 18514

Saephan
0104

**300090**