

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**RESTRICTED DELIVERY**

P.O. BOX 105046
ATLANTA, GEORGIA 30348



RECEIVED
FEB 17 2004
BY:

**FEBRUARY 12, 2004**

**CHENG SAECHAO C/O ROBERT STONE, ATTORNEY**
**500 L STREET, SUITE 303**
**ANCHORAGE, AK 99508**

| | | |
|---|---|---|
| RE: | Insured: | CHENG SAECHAO |
| | Client: | ANN SAEPHAN, Minor |
| | Claim Number: | 46078395 |
| | Policy Number: | 15457274187 |
| | Date of Loss: | 11-8-03 |

Dear Mr. Stone:

We have the report of the accident of 11-8-03. The reason for this letter is to advise that Medical Expense Coverage applies to you or family member while occupying or as a pedestrian when STRUCK BY, a motor vehicle. The policy coverage does not apply to anyone sustaining bodily injury while occupying or through being struck by motor vehicle, other than your covered auto, which is owned by you or furnished or available for your regular use.

Because of the circumstances outlined above, and for other reasons, there is serious doubt that coverage exists under the policy for this occurrence.

This is to inform you we are investigating these facts and any action taken by the Company, by and through its representatives, at such time and in such manner as it deems advisable, in investigating the accident, shall not operate in any way as a waiver, nor invalidate any of the conditions of the policy nor any of the rights of either party under the policy.

In the event any suit is filed against the insured growing out of this accident or occurrence, should the Company elect to defend the suit pending the results of the

R-001               EXHIBIT 9               **300119**
                                            Saephan
                                            0142

Member of Infinity Property and Casualty Corporation

investigation, such defense by it will not be construed as a waiver of any of the conditions of this policy.

In the event we choose to seek declaratory judgment by the Courts on the coverage question, pending such determination, we shall provide such counsel and pay such expenses as provided by the conditions of the policy. In the event the Courts decide in our favor, we shall, at that time, withdraw and provide no further defense to the suit against you.

Page 2

It is the purpose of this letter to specifically reserve all rights of the Atlanta Casualty Company under the above-numbered policy. Upon receipt of this letter, please call the undersigned immediately.

Sincerely,

Leanora Scott
Unit Manager

Judy Horning
Claims Representative

CC:

Telephone:  Local: 678-627-6000          Extension:  76177
            Toll Free: 1-800-553-3305

Saephan
0143

R-001

300120