

**INFINITY**
JUST GREAT CAR INSURANCE!

P.O BOX 105046
ATLANTA GA 30348-5046

March 17, 2004

Cheng Saechao c/o Robert Stone, Attorney
500 L Street, Suite 303
Anchorage, AK 99508

RE:   Client:        Ann Saephan, Minor
      Claim No:      46078395
      Date of Loss:  11-8-03

Sear Mr. Stone:

In our letter of February 12, 2004, you were advised we would continue our investigation of coverage and the facts of the above captioned accident under a Reservation of Rights. We have completed the coverage portion of that investigation.

It is our determination that there is no coverage for this claim. The reason for this denial is 1-) Ann Saephan was not in her mother's vehicle at the time of this accident and 2-) the circumstance of her death was not related to the vehicle being struck by an automobile

Should you have additional information now or in the future that would lead us to believe our decision was in error, please bring this to our attention.

Sincerely,

Lee Scott
LEADER INS CO
Unit Manager

Judy Horning
Senior Claim Representative
800 553 3305  ext 76177

EXHIBIT 10

Saephan
0130

**300112**