Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
500 L Street, Suite 303
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
821 N Street, Suite 208
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorneys for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) ) ) ) ) |
| | ) Case No. A04-151 CV TMB |

**STIPULATION TO WITHDRAW AS COUNSEL**

It is hereby stipulated and agreed that Douglas G. Johnson of the Law Offices of Douglas G. Johnson, PC hereby withdraws as co-counsel for Plaintiff. Robert Stone of the Law Offices of Robert Stone will remain as counsel for Plaintiff.

DATED this 8th day of August 2006 at Anchorage, Alaska.

        LAW OFFICES OF DOUGLAS G. JOHNSON, PC

        s/ Douglas G. Johnson
        701 W. 8th Avenue, Suite 1100
        Anchorage, AK 99501
        Phone: (907) 277-0161
        Fax: (907) 277-0164
        E-mail: attydj@alaska.net
        ABA #9511061

DATED this 8th day of August 2006 at Anchorage, Alaska.

        LAW OFFICE OF ROBERT STONE, LLC

        s/ Robert Stone (consent)
        1049 W. 5th Ave., Suite 102
        Anchorage, AK 99501
        Phone: (907) 276-4190
        Fax: (907) 276-4140
        E-mail: stonelaw@alaska.com
        ABA #9411128

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing was mailed this 8th day of August, 2006 to the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

s/Douglas G. Johnson
LAW OFFICES OF DOUGLAS G. JOHNSON, PC