Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
500 L Street, Suite 303
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Doug Johnson, *Esq.*
Law Offices of Douglas Johnson, PC
821 N Street, Suite 208
Anchorage, Alaska 99501
Phone: 277-0161
Fax: 277-0164

Attorneys for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| Plaintiff, | ) |
| vs. | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) |
| | ) Case No. A04-151 CV TMB |

PROPOSED ORDER GRANTING STIPULATION FOR WITHDRAWL OF COUNSEL

    IT IS HEREBY ORDERED that Douglas G. Johnson is withdrawn as counsel for Defendant Nai Saephan.

DATED:_____     _____
                                       The Honorable Timothy M. Burgess
                                       United States District Court Judge