Rebecca J. Hozubin
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan | ) ) ) |
| | ) |
| Defendant, Counter-Claimant, and Third-Party Plaintiff | ) ) ) |
| vs. | ) |
| | ) |
| MARIE BROWN AND JAMIE MOORE, | ) |
| | ) |
| Third-Party Defendants | ) |
| | ) Case No. A04-0151 CV (JKS) |

**NON-OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL**

Leader Insurance, through counsel, Wilkerson Hozubin, does not oppose the Mr. Johnson's Motion to Withdraw as counsel for the Estate in this matter.

DATED this 8th day of August, 2006.

        WILKERSON HOZUBIN

    By: s/Rebecca J. Hozubin
        310 K Street, Suite 405
        Phone: 907 276-5297
        Fax: 907 276-5291
        E-mail: Rebecca@wilkersonlaw.net
        Attorneys for Plaintiff Leader
        AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the 8th day of August 2006, a true and correct copy of the foregoing was electronically served to the following:

Robert D. Stone, Esq.
500 L Street, Suite 303
Anchorage, AK  99501

Douglas G. Johnson, Esq.
821 N Street, Suite 205
Anchorage, AK  99501


WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Non-Opp to Mtn to Withdraw