## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>LEADER INS. CO.</u>  v.  <u>NAI SAEPHAN, Personal Rep. of Estate of Ann Saephan</u>

HONORABLE TIMOTHY M. BURGESS

DATE: September 18, 2006                                      CASE NO.  3:04-cv-00151-TMB

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **Re: Motion to Withdraw at Docket No. 107**

    At Docket No. 107 Douglas G. Johnson, Esq. has moved for leave to withdraw as co-counsel for Defendant Nai Saephan.  At Docket 108 Plaintiff Leader Ins. Co. has filed its non-opposition to the motion.

    For good cause shown,

    IT IS ORDERED THAT the motion of Douglas G. Johnson to withdraw as co-counsel for Defendant Nai Saephan is GRANTED.

[MO Mtn Dkt 107.wpd]{Rev. 07/04}