Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
1049 West 5th Avenue, Suite 102
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Attorney for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NAI SAEPHAN as Personal Representative ) <br> of the Estate of Ann Saephan, ) <br> ) <br> Defendant. ) <br> ) | Case No. A04-0151 CV (TMB) |

**ORDER**

It is hereby ORDERED that the Estate of Ann Saephan's Answer to Plaintiff's Amended Complaint is due on October 13, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

**Certificate of Service**

I hereby certify that on the
27th day of September, 2006, a copy
of the foregoing Order was
served electronically on the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

s/ Robert D. Stone
LAW OFFICE OF ROBERT D. STONE, LLC