Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
1049 West 5th Avenue, Suite 102
Anchorage, Alaska 99501
Phone:  276-4190
Fax:  276-4140

Attorney for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NAI SAEPHAN as Personal Representative ) | |
| of the Estate of Ann Saephan, ) | |
| ) | |
| Defendant. ) | Case No. A04-0151 CV (TMB) |
| ) | |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE SAEPHAN'S ANSWER TO LEADER'S AMENDED COMPLAINT**

Defendant, Nai Saephan as Personal Representative of the Estate of Ann Saephan, requests that the Court extend the deadline to file an Answer to the Amended Complaint until October 13, 2006.  Counsel have conferred and this motion is unopposed.  The parties have agreed to attempt settlement of this matter in light of the Court's September 21, 2006 Order at Docket No. 110 denying Plaintiff's Motion for Summary Judgment and

Unopposed Motion to Extend Deadline to Answer   Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (TMB)

ordering that Defendant Nai Saephan serve and file an answer to the Amended Complaint by October 2, 2006. The adjuster handling this file for Leader Insurance Companies is in trial until next week. Thus, extending the deadline for Defendant Nai Saephan to file her Answer to the Amended Complaint by October 13, 2006 is warranted, as the parties would like to undergo settlement negotiations once the Leader Insurance Companies adjuster is available. In the event that settlement negotiations fail, extending the deadline until October 13, 2006 provides Defendant sufficient time to file her Answer to Plaintiff's Amended Complaint.

RESPECTFULLY SUBMITTED this 28th day of September, 2006, at Anchorage, Alaska.

LAW OFFICE OF ROBERT STONE, LLC
Attorney for Defendant

By:  s/ Robert D. Stone
1049 West 5th Ave., Ste. 102
Anchorage, Alaska, 99501
Phone: (907) 276-4190
Fax: (907) 276-4140
E-mail: stonelaw@alaska.com
Alaska Bar No. 9411128

Unopposed Motion to Extend Deadline to Answer                                    Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (TMB)

**Certificate of Service**

I hereby certify that on the
<u>28th</u> day of September, 2006, a copy
of the foregoing was
served electronically on the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

s/ Robert D. Stone
LAW OFFICE OF ROBERT D. STONE, LLC

Unopposed Motion to Extend Deadline to Answer                                             Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (TMB)