Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
1049 West 5th Avenue, Suite 102
Anchorage, Alaska 99501
Phone:  276-4190
Fax:  276-4140

Attorney for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) ) ) |
| Defendant. | ) Case No. A04-0151 CV (TMB) ) |

**ORDER**

It is hereby ORDERED that the Estate of Ann Saephan's Answer to Plaintiff's Amended Complaint is due on October 13, 2006.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

**Certificate of Service**

I hereby certify that on the
28th day of September, 2006, a copy
of the foregoing Order was
served electronically on the following:


Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501


s/ Robert D. Stone
LAW OFFICE OF ROBERT D. STONE, LLC