Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
1049 West 5th Avenue, Suite 102
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Attorney for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NAI SAEPHAN as Personal Representative ) <br> of the Estate of Ann Saephan, ) <br> ) <br> Defendant. ) <br> ) | Case No. A04-0151 CV (TMB) |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE SAEPHAN'S ANSWER TO LEADER'S AMENDED COMPLAINT**

Defendant, Nai Saephan as Personal Representative of the Estate of Ann Saephan, requests that the Court extend the deadline to file an Answer to the Amended Complaint until November 27, 2006. Counsel have conferred and this motion is unopposed.

The parties would like to attempt settlement. Unfortunately, the adjuster handling this file for Leader Insurance Companies has been unavailable during the past two weeks.

Unopposed Motion to Extend Deadline to Answer                                                Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (TMB)

Counsel for Plaintiff, Counsel for Defendant, and Counsel for Charles Olivo[1] all desire an opportunity to reach a global settlement of all claims arising out of Ann Saephan's death. With this in mind, all parties involved would like an opportunity to engage in settlement discussions with the possibility of mediation.[2] Given the limited availability of Leader's adjuster and the complex coverage issues involved with this case, one month is necessary to facilitate settlement. This request is not being made to delay or hinder this litigation. To the contrary, the parties believe that this request furthers the parties' goal of settling the claims.

Accordingly, Plaintiff and Defense Counsel request that the Court grant this joint request to extend the deadline for Defendant Nai Saephan to file her Answer to the Amended Complaint until November 27, 2006.

RESPECTFULLY SUBMITTED this 13th day of October, 2006, at Anchorage, Alaska.

        LAW OFFICE OF ROBERT STONE, LLC
        Attorney for Defendant

        By:   s/ Robert D. Stone
               1049 West 5th Ave., Ste. 102
               Anchorage, Alaska, 99501
               Phone: (907) 276-4190
               Fax: (907) 276-4140
               E-mail: stonelaw@alaska.com
               Alaska Bar No. 9411128

---

[1] Mr. Olivo was driving the vehicle at issue in this case. There is a separate lawsuit pending in state court against Mr. Olivo.

[2] Counsel are discussing the possibility of mediation with their respective clients.

Unopposed Motion to Extend Deadline to Answer    Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (TMB)

**Certificate of Service**

I hereby certify that on the
13<u>th</u> day of October, 2006, a copy
of the foregoing was
served electronically on the following:

Rebecca Hozubin
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska 99501

<u>s/ Robert D. Stone</u>
LAW OFFICE OF ROBERT D. STONE, LLC

Unopposed Motion to Extend Deadline to Answer        Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (TMB)