Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan | ) |
| | ) |
| Defendant, Counter-Claimant, and Third-Party Plaintiff | ) |
| vs. | ) |
| | ) |
| MARIE BROWN AND JAMIE MOORE, | ) |
| | ) |
| Third-Party Defendants | ) |
| | ) Case No. A04-0151 CV(TMB) |

**APPLICATION FOR ENTRY OF DEFAULT**

COMES NOW plaintiff Leader Insurance Companies, through counsel Wilkerson Hozubin, and pursuant to Civil Rule 55, respectfully requests that the court enter the default of defendant, Nai Saephan, as Personal Representative of the Estate of Ann Saephan, for failure to plead in or otherwise

defend this action, following the Third Amended Complaint as stated in the affidavit filed herewith.

DATED this 22nd day of December, 2006, at Anchorage, Alaska.

>WILKERSON HOZUBIN
>Attorneys for Plaintiff
>Leader Insurance Companies
>
>BY: s/Rebecca J. Hozubin
>310 K Street, Suite 405
>Anchorage, AK  99501
>Phone: 907 276-5297
>Fax: 907 276-5291
>E-mail: Rebecca@wilkersonlaw.net
>Attorneys for Plaintiff Leader
>AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the
22nd day of December, 2006, a true
and correct copy of the foregoing
was electronically served and mailed
to the following:

Robert D. Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK  99501

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Default App