Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan | ) ) ) |
| | ) |
| Defendant, Counter-Claimant, and Third-Party Plaintiff | ) ) ) |
| vs. | ) |
| | ) |
| MARIE BROWN AND JAMIE MOORE, | ) |
| | ) |
| Third-Party Defendants | ) |
| | ) Case No. A04-0151 CV(TMB) |

**DEFAULT JUDGMENT**

Defendant, Nai Saephan as Personal Representative of the Estate of Ann Saephan, has failed to answer the Amended Complaint as ordered by the court, and default has been entered.  Plaintiff filed an Amended Complaint for Declaratory Relief, requesting findings that Leader Insurance Companies'

Policy No. 154-12266-8435-001, issued to Charles Olivo, and Policy No. 1524-57274-1879-001, issued to Cheng Saechao, do not provide any underinsured or uninsured motorist coverage for the injuries and/or death of Ann Saephaen in November 2003 when she was a passenger in Charles' Olivo's vehicle.

IT IS ORDERED that that Leader Insurance Companies' Policy No. 154-12266-8435-001, issued to Charles Olivo, and Policy No. 1524-57274-1879-001, issued to Cheng Saechao, do not provide any underinsured or uninsured motorist coverage for the injuries and/or death of Ann Saephan in November 2003 when she was a passenger in Charles Olivo's vehicle.

DATED this ____ day of _____ 2006 at Anchorage, Alaska.

_____
Clerk of Court

CERTIFICATE OF SERVICE
I hereby certify that on the
22nd day of December, 2006, a true
and correct copy of the foregoing
was electronically served and mailed
to the following:

Robert D. Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK  99501


WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Default Jud