Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan | ) |
| | ) |
| Defendant, Counter-Claimant, and Third-Party Plaintiff | ) |
| vs. | ) |
| | ) |
| MARIE BROWN AND JAMIE MOORE, | ) |
| | ) |
| Third-Party Defendants | ) Case No. A04-0151 CV(TMB) |

**AFFIDAVIT FOR ENTRY OF DEFAULT**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

    REBECCA J. HOZUBIN, being first duly sworn upon oath, deposes and states the following:

1.  I am the attorney for plaintiff Leader Insurance Companies in this action.

2.  The Amended Complaint was served on defendant by U.S. mail on August 19, 2005. The Amended Complaint was accepted by the court on September 20, 2005. See Docket 70. Defendant never filed an Answer to the same.

3.  On September 21, 2006, this court ordered defendant to file an Answer to the Amended Complaint within 10 days. See Docket 111.

4.  On October 10, 2006, this court granted defendant an extension to file an Answer until October 13, 2006. See Docket 114.

5.  On October 26, 2006, this court granted defendant one more extension to file an Answer, until November 27, 2006. See Docket 116.

6.  On December 13, 2006, plaintiff sent defendant a letter by facsimile advising that it would file for default if an Answer was not filed. Exhibit 1. There has been no response.

7.  Plaintiff asks the court that default of defendant be entered for failure to Answer.

8.  Defendant is not an infant, incompetent, or in the military service of the United States.

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

2

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Rebecca J. Hozubin

SUBSCRIBED AND SWORN to before me this 22nd day of December, 2006, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My commission expires: 2·12·07

CERTIFICATE OF SERVICE
I hereby certify that on the 22nd day of December, 2006, a true and correct copy of the foregoing was electronically served and mailed to the following:

Robert D. Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK  99501


WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Default Aff

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

# Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
REBECCA J. HOZUBIN
WALLACE H. TETLOW
KENTON L. ROBINSON
KELLY C. FISHER

Telephone (907) 276-5297
Facsimile (907) 276-5291

December 13, 2006

Via facsimile only

Rob Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK  99501

Re: *Leader v. Estate of Saephan, et al.*
    Case No. A04-0151 CV (JKS)
    Our File No.  7500.127

Dear Rob:

Your Answer in this matter is past due.  Please file it by the end of this week, or we will file for default.

Respectfully,

WILKERSON HOZUBIN

Rebecca J. Hozubin

RJH/mlf
cc: Infinity Insurance
7500/127/corresp/Stone.026

Exhibit  1
Page  1  of  1