Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan | ) |
| | ) |
| Defendant, Counter-Claimant, and Third-Party Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| MARIE BROWN AND JAMIE MOORE, | ) |
| | ) |
| Third-Party Defendants | ) Case No. A04-0151 CV(TMB) |

**ENTRY OF DEFAULT**

Plaintiff, LEADER INSURANCE COMPANIES, has requested that default be entered, and Nai Saephan as Personal Representative of the Estate of Ann Saephan has failed to answer the Amended Complaint as ordered by the court or otherwise defend this action.

IT IS ORDERED that default is entered against defendant Nai Saephan as Personal Representative of the Estate of Ann Saephan.

DATED this 27 day of December 2006 at Anchorage, Alaska.

Ida Romack
Clerk of Court

**REDACTED SIGNATURE**
by Deputy Clerk

CERTIFICATE OF SERVICE
I hereby certify that on the
22nd day of December, 2006, a true
and correct copy of the foregoing
was electronically served and mailed
to the following:

Robert D. Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK 99501


WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Default Entry