Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan | ) |
|  | ) |
| Defendant, Counter-Claimant, and Third-Party Plaintiff | ) |
| vs. | ) |
|  | ) |
| MARIE BROWN AND JAMIE MOORE, | ) |
|  | ) |
| Third-Party Defendants | ) |
|  | ) Case No. A04-0151 CV(TMB) |

**MOTION AND MEMORANDUM FOR DEFAULT JUDGMENT**

Plaintiff Leader, through counsel, Wilkerson Hozubin, moves for a Default Judgment in this matter.  On December 22, 2006 plaintiff moved for Entry of Default by the Clerk of Court for defendant's failure to answer the Amended Complaint.  Entry of Default was granted on December 27, 2006.  Now plaintiff

moves the court to enter a Default Judgment in this matter. This motion is supported by the Affidavit for Entry of Default filed at Docket 119, and the exhibit thereto.

This matter has been ongoing since July 2004. In August 2005 plaintiff moved to amend its Complaint. The Amended Complaint was served on defendant by U.S. mail on August 19, 2005. The Amended Complaint was accepted by the court on September 20, 2005. *See* Docket 70. As this court is aware, defendant never filed an Answer to the same.

On September 21, 2006, this court ordered defendant to file an Answer to the Amended Complaint within 10 days. *See* Docket 111. All motions were rejected in the interim pending the Answer. *See* Docket 111.

On October 10, 2006, this court granted defendant an extension to file an Answer until October 13, 2006. *See* Docket 114. On October 26, 2006, this court granted defendant a further extension to file an Answer - this time until November 27, 2006. *See* Docket 116.

On December 13, 2006, plaintiff sent defendant a letter by facsimile advising that it would file for default if an Answer was not filed. *See* Exhibit 1 to the Affidavit for Entry of Default. Up until the date plaintiff filed for Entry of Default, December 22, 2006, there was no response from defendant.

2

Based on defendant's failure to file an Answer to the Amended Complaint, despite this court's order to do so, Plaintiff respectfully requests that the court enter the proposed Default Judgment filed herewith.

DATED this 27th day of December, 2006.

                WILKERSON HOZUBIN
                Attorneys for Plaintiff

By: s/Rebecca J. Hozubin
    Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: Rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the 27th day of December, 2006, a true and correct copy of the foregoing was electronically served and mailed to the following:

Robert D. Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK  99501


WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Default Mtn