Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
1049 West 5th Avenue, Suite 102
Anchorage, Alaska 99501
Phone: 276-4190
Fax: 276-4140

Attorney for Nai Saephan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan, | ) ) ) |
| Defendant. | ) Case No. A04-0151 CV (TMB) ) |

**<u>ORDER</u>**

It is hereby ORDERED that the default that was entered by the Clerk on December 27, 2006 is hereby vacated.

 _____
 The Honorable Timothy M. Burgess
 United States District Court Judge

**Certificate of Service**

I hereby certify that on the
12th day of February, 2007, a copy
of the foregoing Order was
served electronically on the following:

Rebecca Hozubin
Wilkerson, Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501

s/ Robert D. Stone
LAW OFFICE OF ROBERT D. STONE, LLC