# Wilkerson Hozubin

310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
REBECCA J. HOZUBIN
WALLACE H. TETLOW
KENTON L. ROBINSON
KELLY C. FISHER

Telephone (907) 276-5297
Facsimile (907) 276-5291

November 1, 2006

*Via facsimile only*

Rob Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK   99501

      Re:  *Leader v. Estate of Saephan, et al.*
           Case No. A04-0151 CV (JKS)
           Our File No.   7500.127

Dear Rob:

    I discussed your proposal of mediation with my client, and we believe if your client is interested in a reasonable settlement of this matter, we should be able to do so without additional outside assistance.  In that respect, if your client would like to make a reasonable settlement proposal to resolve this matter in its entirety, we invite you to do so and we will consider the same.

    I look forward to hearing from you.

                              Respectfully,

                              WILKERSON HOZUBIN

                              Rebecca J. Hozubin

RJH/mlf
cc:  Jon Katcher, Esq. (via facsimile)
     Infinity Insurance
7500/127/corresp/Stone.025

Exhibit  1
Page  1  of  1