*Law Office Of*

# Robert D. Stone

*A Limited Liability Company*

1049 West 5th Avenue, Suite 102
Anchorage, Alaska 99501

*Telephone*
(907) 276-4190

*Facsimile*
(907) 276-4140

November 15, 2006

*Via Facsimile*

Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Ste. 405
Anchorage Alaska 99501

Jonathon A. Katcher
Pope & Katcher
421 West 1st Ave., Ste. 220
Anchorage Alaska 99501

Re:   *Leader Insurance v. Estate of Saephan*
      *Estate of Saephan v. Olivo*

Dear Rebecca and Jon:

I am in receipt of Rebecca's letter dated November 1, 2006 soliciting a settlement proposal to resolve these matters. We have discussed my client's position in the past, which is that the Estate of Saephan is entitled to policy limits as follows:

## Charles Olivo's Negligence

| | | |
|---|---|---|
| 1) | Liability claims against Charles Olivo: | Claim No. 46077788 |
| 2) | UM claims under Charles Olivo's policy for Charles Olivo's negligence: | Claim No. 46077788 |
| 3) | UIM Claims under Cheng Saechao's policy for Charles Olivo's negligence: | Claim No. 46078395 |

## Shooter's Negligence

| | | |
|---|---|---|
| 4) | UM Claim under Charles Olivo's policy Regarding the shooter's negligence: | Claim No. 5141219 |
| 5) | UIM Claim under Cheng Saechao's policy: Regarding the shooter's negligence: | Claim No. 5146844 |

Exhibit 2
Page 1 of 3

Rebecca J. Hozubin
Jon A. Katcher
November 15, 2006
Page 2 of 3

It is my understanding that there exists a $50,000 (face limits) policy available for each of these claims. Ms. Saephan was killed on November 8, 2003. Utilizing the $50,000 value for each claim, as opposed to the potential $1,000,000 UM and UIM limits, and assuming limited Civil Rule 82 attorney fees as opposed to unlimited Civil Rule 82 attorney fees, the payout of five $50,000 limits plus prejudgment interest and Civil Rule 82 attorney fees totals $346,059.76. We believe that Ms. Saephan's estate is entitled to this entire amount, for the reasons explained below. But, in an effort to compromise these claims and bring resolution to the litigation with Leader in U.S. District Court and the litigation with Charles Olivo in state superior court, the Estate of Ann Saephan is willing to accept $100,000.

### *Charles Olivo's Negligence*

Charles Olivo was the driver of the vehicle in which Ann Saephan was a passenger. As the owner and driver of the vehicle, Mr. Olivo owed a duty of care to his passenger. Mr. Olivo either knew of potential danger or should have known of potential danger and nevertheless negligently placed Ms. Saephan in danger, jeopardizing her safety and ultimately resulting in Ann's death.

Second, my clients assert a claim under Mr. Olivo's UIM policy arising out of Mr. Olivo's negligence. As a passenger in Mr. Olivo's vehicle, Ms. Saephan was an insured under Mr. Olivo's policy and is therefore entitled to UIM benefits. Since Ms. Saephan's damages exceed the limits of Mr. Olivo's liability policy, UIM benefits are triggered.

Third, my clients assert a UIM claim under Cheng Saechao's policy arising out of Mr. Olivo's negligence. Ms. Saephan was the daughter and minor living with Mr. Saechao. She was therefore an insured under Mr. Saechao's UIM policy. Since Ms. Saephan's damages exceed Mr. Olivo's liability limits and Mr. Olivo's UIM limits, Ms. Saephan has a UIM claim under Mr. Saechao's UIM policy.

### *Shooter's Negligence*

My clients have claims for a fourth policy limits, under their UM policy based upon the shooter's negligence. The police have been unable to locate the shooter. Accordingly, there exists a UM claim under Mr. Olivo's policy pertaining to the liability owed by the shooter and the other occupants of the shooter's vehicle.

Fifth, my clients assert a UIM claim under Mr. Saechao's policy stemming from the negligence of the shooter and the other occupants of the shooter's vehicle.

As stated above, in an effort to compromise these claims and bring resolution to

Exhibit 2
Page 2 of 3

the litigation with Leader in U.S. District Court, all future litigation in U.S. District Court regarding the Olivo policy, and the litigation with Charles Olivo in state superior court, the Estate of Ann Saephan is willing to accept $100,000, inclusive of attorney fees, prejudgment interest, and costs.

I look forward to discussing these issues with you and bringing resolution to all issues pertaining to the death of Ann Saephan.

       Sincerely,

       LAW OFFICE OF ROBERT STONE, LLC

       By: Robert D. Stone, *Esq.*

Cc: Clients

Exhibit 2
Page 3 of 3