Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 276-5297
Fax: 276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES,<br><br>       Plaintiff,<br><br>  vs.<br><br>NAI SAEPHAN as Personal Representative of the Estate of Ann Saephan<br><br>       Defendant, Counter-Claimant, and Third-Party Plaintiff<br><br>  vs.<br><br>MARIE BROWN AND JAMIE MOORE,<br><br>       Third-Party Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0151 CV (TMB) |

**OFFER OF JUDGMENT**

Pursuant to Civil Rule 68 of the Alaska Rules of Civil Procedure and AS 09.30.065, plaintiff, Leader Insurance Companies, through undersigned counsel, hereby offers to allow entry of judgment against it by defendant, Nai Saephan as

Exhibit 3
Page 1 of 2

Personal Representative of the Estate of Ann Saephan, in the amount of FIVE THOUSAND DOLLARS AND NO/100 CENTS ($5,000.00), inclusive of pre-judgment interest, attorney fees pursuant to Civil Rule 82(b)(1), and allowable Civil Rule 79 costs. Plaintiff will be responsible for all outstanding liens, bills, etc. This is an offer of compromise only and is not to be construed as an admission of liability.

DATED this 28th day of November, 2006.

> WILKERSON HOZUBIN
> Attorneys for Plaintiff
>
> By: _____
> Rebecca J. Hozubin
> 310 K Street, Suite 405
> Phone: 907 276-5297
> Fax: 907 276-5291
> E-mail: Rebecca@wilkersonlaw.net
> Attorneys for Plaintiff Allstate
> AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the 28th day of November, 2006, a true and correct copy of the foregoing was hand-delivered to the following:

Robert D. Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK 99501

WILKERSON HOZUBIN
By: _____
7500/127/plead/OOJ $5,000

Offer of Judgment
Leader v. Saephan, et al.
Case No. A04-0151 CV (JKS)
Page 2

Exhibit 3
Page 2 of 2