# Wilkerson Hozubin

310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
REBECCA J. HOZUBIN
WALLACE H. TETLOW
KENTON L. ROBINSON
KELLY C. FISHER

Telephone (907) 276-5297
Facsimile (907) 276-5291

December 13, 2006

*Via facsimile only*

Rob Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK  99501

Re: *Leader v. Estate of Saephan, et al.*
Case No. A04-0151 CV (JKS)
Our File No.   7500.127

Dear Rob:

Your Answer in this matter is past due.  Please file it by the end of this week, or we will file for default.

Respectfully,

WILKERSON HOZUBIN

Rebecca J. Hozubin

RJH/mlf
cc: Infinity Insurance
7500/127/corresp/Stone.026

Exhibit 4
Page 1 of 1