Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br>     vs. ) <br> ) <br> NAI SAEPHAN as Personal ) <br> Representative of the Estate ) <br> of Ann Saephan ) <br> ) <br> Defendant, Counter- ) <br> Claimant, and Third- ) <br> Party Plaintiff ) <br>     vs. ) <br> ) <br> MARIE BROWN AND JAMIE MOORE, ) <br> ) <br> Third-Party Defendants ) <br> _____ ) | Case No. A04-0151 CV(TMB) |

**ORDER DENYING MOTION TO SET ASIDE DEFAULT**

THIS COURT, having reviewed defendant's Motion to Set Aside Default and the opposition thereto, finds the opposition well taken. This court finds the defendant had culpable conduct, there was no excusable neglect, defendant failed to present facts or evidence of a meritorious defense, and

plaintiff would be prejudiced by setting aside the default. As such the motion is DENIED.

Defendant shall respond to the Motion to Enter Default within five days of the date of this order.

DATED this \_\_\_\_ day of _____ 2007 at Anchorage, Alaska.

                                                                 Honorable Timothy Burgess
                                                                 U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
16th day of January, 2006, a true
and correct copy of the foregoing
was electronically served and mailed
to the following:

Robert D. Stone, Esq.
1049 W 5th Avenue, Suite 102
Anchorage, AK  99501


WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
7500/127/plead/Opp to Mtn To Set Aside- Order