Robert D. Stone, Esq.
LAW OFFICE OF ROBERT STONE, LLC
1049 West 5th Avenue, Suite 102
Anchorage, Alaska 99501
Phone:  276-4190
Fax:  276-4140

Attorney for the Estate of Ann Saephan


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE


| | | |
|---|---|---|
| LEADER INSURANCE COMPANIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NAI SAEPHAN as Personal Representative | ) | |
| of the Estate of Ann Saephan, | ) | |
| | ) | |
| Defendant. | ) | Case No. A04-0151 CV (TMB) |
| | ) | |


## NOTICE OF SETTLEMENT

The parties participated in a judicial settlement conference on February 26, 2007

and settled both the State Superior Court case, *Nai Saephan as Personal Representative*

*for the Estate of Ann Saephan v. Charles Olivo*, Case No. 3AN-05-13024 CI, and the

United States District Court case, *Leader Insurance Companies v. Nai Saephan as*

*Personal Representative of the Estate of Ann Saephan*, Case No. A04-0151 CV (TMB),

therefore rendering Defendant's Motion to Set Aside Default moot.  As part of the

Notice to the Court                    Page 1 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (TMB)

settlement agreement, Leader Insurance Companies will prepare a Stipulation to Dismiss with Prejudice, to be filed with the Court after releases are signed.

RESPECTFULLY SUBMITTED this 27th day of February, 2007, at Anchorage, Alaska.

LAW OFFICE OF ROBERT STONE, LLC
Attorney for Defendant


By:     s/ Robert D. Stone_____
        1049 West 5th Ave., Ste. 102
        Anchorage, Alaska, 99501
        Phone: (907) 276-4190
        Fax: (907) 276-4140
        E-mail: stonelaw@alaska.com
        Alaska Bar No. 9411128


**Certificate of Service**

I hereby certify that on the
27$^{\underline{th}}$ day of February, 2007, a copy
of the foregoing was
served electronically on the following:


Rebecca Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501


s/ Robert D. Stone_____
LAW OFFICE OF ROBERT D. STONE, LLC

Notice to the Court                    Page 2 of 2
*Leader Insurance Companies v. Estate of Saephan*
A04-0151 CV (TMB)