Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>    vs.                       )<br>                              )<br>NAI SAEPHAN as Personal       )<br>Representative of the Estate  )<br>of Ann Saephan                )<br>                              )<br>            Defendant,         )<br>            Counter Claimant,  )<br>            And Third-Party   )<br>            Plaintiff,         )<br>    vs.                       )<br>                              )<br>MARIE BROWN AND JAMIE MOORE,  )<br>                              )<br>            Third-Party       )<br>            Defendants.       )<br>_____) | Case No. A04-0151 CV (JKS) |

**STIPULATION TO DISMISS WITH PREJUDICE**

COME NOW the parties, by and through counsel, and hereby agree and stipulate that all claims that are or could be asserted by plaintiff or defendant Nai Saephan as Personal

Representative of the Estate of Ann Saephan are to be dismissed with prejudice, each party bearing their own costs and fees.

WILKERSON HOZUBIN
Attorneys for Plaintiff Leader

3/5/07
Date

By: _____
Rebecca J. Hozubin
AK Bar No. 9806016

LAW OFFICES OF ROBERT STONE
Attorneys for Defendant

3/7/07
Date

By: _____
Robert Stone
AK Bar No. 9411128

7500/127/USDC Pleadings/Stipulation- Dismiss

Rebecca J. Hozubin, Esq.
WILKERSON HOZUBIN
310 K Street, Suite 405
Anchorage, AK  99501
Phone:  276-5297
Fax:  276-5291
Email: Rebecca@wilkersonlaw.net
AK Bar No.: 9806016

Attorneys for Leader Insurance Companies

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LEADER INSURANCE COMPANIES,  )<br>)<br>        Plaintiff,   )<br>)<br>   vs.   )<br>)<br>NAI SAEPHAN as Personal   )<br>Representative of the Estate  )<br>of Ann Saephan   )<br>)<br>        Defendant,   )<br>        Counter Claimant,  )<br>        And Third-Party   )<br>        Plaintiff,   )<br>   vs.   )<br>   )<br>MARIE BROWN AND JAMIE MOORE,  )<br>   )<br>        Third-Party   )<br>        Defendants.   )<br>_____) | Case No. A04-0151 CV (JKS)<br><br><br><br><br><br><br>**ORDER** |

IT IS HEREBY ORDERED that all claims that are or could be asserted by plaintiff and defendant Nai Saephan as Personal Representative of the Estate of Ann Saephan are hereby dismissed with prejudice.

DATED:_____        _____
                                    Honorable Timothy Burgess
                                    U.S. DISTRICT COURT JUDGE